IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
Plaintiff,

No. 05 10887 JLT

ZERO STAGE CAPITAL VI, L.P.,

Motion for Receivership
pursuant to 15 U.S.C. § 687c

Defendant.

### AGREED MOTION UNDER 15 U.S.C. § 687c FOR INJUNCTIVE RELIEF AND APPOINTMENT OF THE U.S. SMALL BUSINESS ADMINISTRATION AS PERMANENT RECEIVER OF ZERO STAGE CAPITAL VI, L.P.

COMES NOW the United States of America, on behalf of its agency, the United States Small Business Administration ("SBA" or "Agency"), and for the reasons more fully set forth in the accompanying Memorandum in Support (the "Memorandum") filed together herewith, hereby moves this Court pursuant to 15 U.S.C. § 687c to: (1) permanently enjoin the Defendant, Zero Stage Capital VI, L.P. ("Zero Stage VI" or "Licensee"), a licensed Small Business Investment Company ("SBIC"), from further violating the Small Business Investment Act of 1958, as amended, 15 U.S.C. § 661, et seq. ("the Act"), and the regulations promulgated there under, 13 C.F.R. § 107.1, et seq. (the "Regulations"); (2) take exclusive jurisdiction of ZERO STAGE VI and all of its assets wherever situated; (3) permanently enjoin ZERO STAGE VI, its past and/or present general partners, officers, directors, agents, employees, managers and creditors, or any other individual or entity having knowledge of or control over any of the defendant's

current or former assets, from encumbering, conveying, disposing, levying or executing or in any other manner, dealing with any of the assets of ZERO STAGE VI wherever situated without leave of this Court; (4) appoint SBA as permanent Receiver of ZERO STAGE VI; and (5) grant other such relief as is appropriate under the circumstances. In accordance with Local Rule 7.1(a), the undersigned has conferred with counsel for the Defendant and has obtained Defendant's consent to this Motion. Since ZERO STAGE VI has consented to a proposed Order and the injunctive relief sought by SBA under SBA's statutory authority, <u>NO HEARING IS REQUESTED FOR THIS MATTER</u>.

A Memorandum in Support of this Agreed Motion and a proposed Order executed by ZERO STAGE VI for this matter is submitted herewith for this Court's consideration.

Respectfully submitted,

U.S. SMALL BUSINESS ADMINISTRATION

Dated: April 27, 2005   By: _____
THOMAS W. RIGBY
VA. Bar No. 34663
D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, D.C. 20416
Telephone:   202.619.1610
Facsimile:   202.481.5866
Attorney for Plaintiff

MICHAEL J. SULLIVAN
United States Attorney

**Agreed Motion for Receivership and Injunction – Page 2**

By: /s/ *[signature]*
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
U.S. Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110
Telephone: 617.748.3284
Facsimile: 617.748.3967
Attorney for Plaintiff


THIS AGREED MOTION TO HAVE SBA APPOINTED RECEIVER OF ZERO STAGE CAPITAL VI, L.P. UNDER 15 U.S.C. § 687c IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS IS SEEN, STIPULATED AND AGREED:

Zero Stage Capital VI, L.P., through its authorized representative

By: Paul M. Kelley

Title: Managing Member
Zero Stage Capital Associates VI, L.L.C.
General Partner of Zero Stage Capital VI, L.P.

Date: 4/25/05