IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Case No. 05-10887 JLT |
| ZERO STAGE CAPITAL VI, L.P. | : |
| Defendant. | : |

**ENTRY OF APPEARANCE**

The undersigned hereby enters his appearance on behalf of the U.S. Small Business Administration, as Receiver of Zero Stage VI, L.P.

_____
Robert M. Duffy (552840)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701-Fax

## CERTIFICATE OF SERVICE

I hereby certify that on this 13 day of July, 2004, I caused a copy of the within Entry of Appearance to be send via First Class Mail to the following:

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC 20416

Rayford A. Farquhar
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

Maurice J. Whalen, CPA
Ellin & Tucker, Chartered
Suite 250
655 Fifteenth Street, N.W.
Washington, DC 20005

Christine Rishty
Receivership Office
666 Eleventh Street, Suite 200
Washington DC 20001