UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL CASE NO. |
| Plaintiff, ) | 05 10887-JLT |
| ) | HON. JOSEPH L. TAURO |
| v. ) | |
| ) | |
| ZERO STAGE CAPITAL VI, L.P. ) | |
| ) | |
| Defendant. ) | |

**MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION,
AS RECEIVER FOR ZERO STAGE CAPITAL VI, L.P.
FOR AN ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

This Court, by Order entered May 4, 2005, appointed the U.S. Small Business Administration, as Receiver (the "Receiver") for Zero Stage Capital VI, L.P. ("Zero Stage VI"). The Receiver hereby moves this Court for entry of the proposed Order filed simultaneously herewith (1) approving the form and manner of the notice to be given to claimants; and (2) establishing a "claims bar date," by which any claims against Zero Stage VI must be filed in writing with the Receiver or be forever barred and discharged.

A memorandum of law in support of this Motion is attached.

Respectfully submitted,

Dated: _____

_____
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Telephone:    (401) 455-0700
Facsimile :    (401) 455-0701

Dated: _____

_____
THOMAS W. RIGBY
VA Bar No. 34663
D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Attorneys for Plaintiff United States of America, on behalf of the U.S. Small Business Administration.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Motion of the U.S. Small Business Administration, as Receiver for Zero Stage Capital VI, L.P. for an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, Memorandum of Law in Support of Receiver's Motion for an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, and proposed Order and Exhibit thereto, has been made this 26 day of October 2005, by mailing a copy thereof by first class mail, postage prepaid to:

Michael J. Sullivan
United States Attorney
c/o Raymond Ford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

Paul M. Kelley
Managing Partner and Chief Executive Officer
Zero Stage Capital
101 Main Street
17th Floor
Cambridge, MA 02141-1519

Theodore Tedeschi, Esq.
Special Counsel
Zero Stage Capital
101 Main Street
17th Floor
Cambridge, MA 02141-1519

ROBERT M. DUFFY (BBO # 552840)
Duffy Sweeney & Scott, Ltd.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | CIVIL CASE NO. |
| Plaintiff,   ) | 05 10887-JLT |
| ) | HON. JOSEPH L. TAURO |
| v.        ) | |
| ) | |
| ZERO STAGE CAPITAL VI, L.P.     ) | |
| ) | |
| Defendant.   ) | |

**ORDER APPROVING THE FORM AND MANNER OF NOTICE TO
CLAIMANTS AND ESTABLISHING A CLAIMS BAR DATE**

Upon full consideration of the Motion of the U.S. Small Business Administration as Receiver ("Receiver") for Zero Stage Capital VI, L.P. ("Zero Stage VI") for an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date, and this Court being duly advised as to the merits,

IT IS HEREBY ORDERED THAT:

1. The Receiver's Motion for entry of an Order Approving the Form and Manner of Notice to Claimants and Establishing a Claims Bar Date is GRANTED;

2. Following the entry of this Order, the Receiver is ORDERED to send notice, substantially in the form set forth as Exhibit "A" hereto, via first-class mail, postage prepaid, to those persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which the Receiver has reason to believe are creditors, agents, former directors or officers, employees, partners, participant investors or lenders with Zero Stage VI, portfolio concerns or limited

partners of Zero Stage VI, or their representatives, and to any other persons or entities who have, during the term of the receivership, asserted a claim (of whatever kind or merit) against Zero Stage VI, the receivership estate, or assets or funds in the possession of the Receiver;

3. The Receiver is further ORDERED to publish notice, substantially in the form set forth in Exhibit "A" hereto, once each week for two weeks in *The Boston Herald*, a newspaper of general circulation;

4. This Court finds that notice provided in the form and manner described in Paragraphs 2 and 3 of this Order is reasonable notice, under the circumstances, to persons or entities who may have claims against Zero Stage VI, the receivership estate, or assets or funds in the possession of the Receiver;

5. All persons or entities having claims against Zero Stage VI, or the receivership estate, or assets or funds in the possession of the Receiver, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, are ORDERED to file such claims in writing and in the form prescribed in paragraph 6 of this Order, with the Receiver, c/o Maurice J. Whalen, Principal Agent for SBA, Receiver for Zero Stage Capital VI, L.P., 666 11th Street, N.W., Suite 200, Washington, D.C. 20001, within thirty (30) days of the last day of notice by publication, which date will be stated in the mailed and published notices;

6. In setting forth a claim against Zero Stage VI, the receivership estate or assets or funds in the possession of the Receiver, all persons and entities are ORDERED to state in writing: (1) the full name and address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; and (4) the date on which the obligation was allegedly incurred by Zero Stage VI; and (5) to provide at the time of filing such written claims

any and all documents or other materials which the claimant believes supports the claim or might assist the Receiver in evaluating the claim;

7. In the event that the Receiver recommends denial of any claim, it is ORDERED that the Receiver is authorized and directed to move for summary disposition of said claim(s) and to furnish a copy of the moving papers to the claimant(s); in such case the claimant may respond within 30 days, serving a copy of its response on the Receiver, and the Court will resolve said claim(s) expeditiously through a summary procedure that the Court will determine at that time; and

8. To give effect to the "claims bar date" established in Paragraph 5 of this Order, by which date claims must be filed or shall forever be barred, it is further ORDERED that any persons or entities, other than the U.S. Small Business Administration and parties contracted or retained by the U.S. Small Business Administration as Receiver, which fail to file a claim against Zero Stage VI, the receivership estate, or assets or funds in the possession of the Receiver, in the form and by the time and date required by this Order, shall be forever barred and permanently enjoined from asserting, pursuing or prosecuting any such claims, of any kind or nature, whether now known or unknown, against Zero Stage VI, its Receiver, their successors or assigns, or against assets or funds in the possession of the Receiver.

SO ORDERED: This __ day of _____ 2005, in Boston, Massachusetts.

                                                               HONORABLE JOSEPH L. TAURO
                                                               United States District Judge

Copies To:

Robert M. Duffy
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Telephone:   (401) 455-0700
Facsimile :   (401) 455-0701

Thomas W. Rigby
VA. Bar No. 34663
D.C. Bar No. 463532
Chief Counsel For SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Maurice J. Whalen
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P.
666 11th Street, N.W., Suite 200
Washington, D.C. 20001-4542
Telephone:   (202) 638-0902
Facsimile:   (202) 504-2247

Michael J. Sullivan
United States Attorney
c/o Raymond Ford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

**NOTICE TO ALL CREDITORS OR CLAIMANTS OF
ZERO STAGE CAPITAL VI, L.P.**

By Order of the U.S. District Court for the District of Massachusetts, dated _____, persons or entities who wish to assert a claim against Zero Stage Capital VI, L.P. ("Zero Stage VI") must do so by filing a <u>written</u> claim with the Receiver on or before [date thirty (30) days after last date of notice by publication]. <u>All previously submitted claims against Zero Stage VI or its Receiver must be resubmitted in accordance with this Notice.</u>

Zero Stage VI, a Massachusetts limited partnership, is a Small Business Investment Company ("SBIC") licensed by the U.S. Small Business Administration ("SBA"). Zero Stage VI has been in receivership since May 4, 2005 by Order of the Court identified above, entered in Civil Action No. 05 10887JLT, <u>U.S.A. v. Zero Stage Capital VI, L.P.</u>

Any person or entity asserting a claim against Zero Stage VI or assets or funds in the hands of the Receiver, must do so <u>in writing</u>, and forward such claim to

>   SBA, Receiver for Zero Stage Capital VI, L.P.
>   Attention: Maurice J. Whalen, Principal Agent
>   666 11th Street, N.W., Suite 200
>   Washington, D.C. 20001-4542

Claims must be received no later than 5:00 p.m. E.S.T., [date thirty (30) days after last date of notice by publication].

Your claim must state: (1) the full name, address and telephone number of the claimant; (2) the amount of the claim; (3) the specific grounds for each claim; (4) the date on which the obligation was allegedly incurred by Zero Stage VI or the Receiver; and (5) must attach all other documents or materials which support the claim, or which the Receiver might require in evaluating the claim. If you fail to provide any of the specified information, your claim will be deemed incomplete and untimely.

Failure to present a complete and timely claim to the Receiver on or before (Date) will result in your claim being forever barred and you will not thereafter be able to make a claim against Zero Stage VI or any other assets or funds in the possession of the Receiver.

>   U.S. SMALL BUSINESS ADMINISTRATION
>   as Receiver for Zero Stage Capital VI, L.P.

**EXHIBIT A**