# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br><br>vs.<br><br>ZERO STAGE CAPITAL VI, LP,<br>　　　　　Defendant | 05-CV-10887-JLT |

## ENTRY OF APPEARANCE

　　　　The undersigned hereby enters his appearance on behalf of The Beacon Mutual Insurance Company, and requests that he be placed on the service list and that copies of all orders, pleadings, notices and all other documents and served on the parties in interest be duly served on the undersigned at the address set forth below.

　　　　　　　　　　　　　　　　THE BEACON MUTUAL INSURANCE
　　　　　　　　　　　　　　　　COMPANY

　　　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　　　PARTRIDGE SNOW & HAHN LLP


　　　　　　　　　　　　　　　　/s/ Charles A. Lovell
　　　　　　　　　　　　　　　　Charles A. Lovell (Bar No. 4004)
　　　　　　　　　　　　　　　　180 South Main Street
　　　　　　　　　　　　　　　　Providence, RI 02903
　　　　　　　　　　　　　　　　(401)861-8200/FAX(401)861-8210
　　　　　　　　　　　　　　　　cal@psh.com

Dated: January 9, 2006


## CERTIFICATE OF SERVICE

　　　　I hereby certify that on the 9th day of January, 2006, electronically filed an Entry of Appearance. I further hereby certify that upon receipt of the notice of electronic service of the Entry of Appearance, a copy of said document will be served by first class mail, postage prepaid, to any of the parties listed below not noted as having received electronic service, said service being made on the 9th day of January, 2006.

| | |
|---|---|
| Thomas W. Rigby, Esquire<br>U.S. Small Business Administration<br>409 Third Street, Seventh Floor<br>Washington, D.C. 20416<br>**Counsel for Plaintiff** | Rayford A. Farquhar, Esquire<br>Assistant U.S. Attorney<br>U.S. Attorney's Office, Dist. of Massachusetts<br>One Courthouse Way, Suite 9200<br>Boston, MA 02110 |

| | |
|---|---|
| Robert M. Duffy, Esquire<br>Duffy & Sweeney<br>One Turks Head Place<br>Providence, RI 02903<br>**Counsel for U.S. Small Business Administration** | Zero Stage Capital VI, LP<br>101 Main Street, 17th Floor<br>Cambridge, MA 02142<br>**Defendant**<br><br>/s/ Charles A. Lovell |

835131_1/1222-434