### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>ZERO STAGE CAPITAL VI, L.P., )<br>  )<br>  Defendant. )<br>  ) | CIVIL CASE NO. 05-10887-JLT<br>HON. JOSEPH L. TAURO |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Donald K. Stern enters his appearance on behalf of Zero Stage Capital Company, Inc. and requests that he be placed on the service list and that copies of all orders, pleadings, notices and other documents served on parties in interest be served on him at the address below.

**ZERO STAGE CAPITAL COMPANY, INC.,**

**By its attorneys,**

  /s/  Donald K. Stern
Donald K. Stern, BBO # 479420
Julia Frost-Davies, BBO # 630590
Jason L. Watkins, BBO # 658560
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel:  (617) 951-8000
Fax:  617.951.8736
donald.stern@bingham.com

Dated:  June 20, 2006

LITDOCS/644574.1

## CERTIFICATE OF SERVICE

I, Jason L. Watkins, hereby by certify that on this 20th day of June, 2006, I caused a copy of the foregoing document to be served on the following in the manner indicated:

**By first-class mail:**

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel, U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC  20416
*Attorney for Plaintiff*

Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA  02110
*Attorney for Plaintiff*

**By email:**

| | |
|---|---|
| Robert M. Duffy | Charles A. Lovell |
| Duffy & Sweeney | Partridge, Snow & Hahn LLP |
| Suite 1200 | 180 South Main Street |
| One Turks Head Place | Providence, RI  02903 |
| Providence, RI  02903 | cal@psh.com |
| rduffy@duffysweeney.com | *Attorney for The Beacon* |
| *Attorney for SBA as Receiver* | *Mutual Insurance Company* |

    /s/  Jason L. Watkins
    Jason L. Watkins