# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | CIVIL CASE NO. 05-10887-JLT |
| Plaintiff, | ) | HON. JOSEPH L. TAURO |
| | ) | |
| v. | ) | |
| | ) | |
| ZERO STAGE CAPITAL VI, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, Julia Frost-Davies enters her appearance on behalf of Zero Stage Capital Company, Inc. and requests that she be placed on the service list and that copies of all orders, pleadings, notices and other documents served on parties in interest be served on her at the address below.

**ZERO STAGE CAPITAL COMPANY, INC.,**

**By its attorneys,**


  /s/  Julia Frost-Davies
Donald K. Stern, BBO # 479420
Julia Frost-Davies, BBO # 630590
Jason L. Watkins, BBO # 658560
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel:  (617) 951-8000
Fax:  617.951.8736
julia.frost-davies@bingham.com

Dated:  June 20, 2006

## CERTIFICATE OF SERVICE

I, Jason L. Watkins, hereby by certify that on this 20th day of June, 2006, I caused a copy of the foregoing document to be served on the following in the manner indicated:

**By first-class mail:**

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel, U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC  20416
*Attorney for Plaintiff*

Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA  02110
*Attorney for Plaintiff*

**By email:**

Robert M. Duffy
Duffy & Sweeney
Suite 1200
One Turks Head Place
Providence, RI  02903
rduffy@duffysweeney.com
*Attorney for SBA as Receiver*

Charles A. Lovell
Partridge, Snow & Hahn LLP
180 South Main Street
Providence, RI  02903
cal@psh.com
*Attorney for The Beacon*
*Mutual Insurance Company*

   /s/  Jason L. Watkins
Jason L. Watkins

LITDOCS/644577.1