# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>ZERO STAGE CAPITAL VI, L.P.,<br><br>               Defendant. | CIVIL CASE NO. 05-10887-JLT<br>HON. JOSEPH L. TAURO |

## CORPORATE DISCLOSURE STATEMENT

Zero Stage Capital Company, Inc. hereby certifies that it has no parent company and that no publicly held company owns ten percent or more of its stock.

**ZERO STAGE CAPITAL COMPANY, INC.,**

**By its attorneys,**

\_\_/s/  Jason L. Watkins_____
Donald K. Stern, BBO # 479420
Julia Frost-Davies, BBO # 630590
Jason L. Watkins, BBO # 658560
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel:  (617) 951-8000
Fax:  617.951.8736

Dated:  June 20, 2006

## **CERTIFICATE OF SERVICE**

I, Jason L. Watkins, hereby by certify that on this 20th day of June, 2006, I caused a copy of the foregoing document to be served on the following in the manner indicated:

**By first-class mail:**

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel, U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC  20416
*Attorney for Plaintiff*

Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA  02110
*Attorney for Plaintiff*

**By email:**

| | |
|---|---|
| Robert M. Duffy | Charles A. Lovell |
| Duffy & Sweeney | Partridge, Snow & Hahn LLP |
| Suite 1200 | 180 South Main Street |
| One Turks Head Place | Providence, RI  02903 |
| Providence, RI  02903 | cal@psh.com |
| rduffy@duffysweeney.com | *Attorney for The Beacon* |
| *Attorney for SBA as Receiver* | *Mutual Insurance Company* |

                                           /s/  Jason L. Watkins
                                           Jason L. Watkins