UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|  | ) | CIVIL CASE NO. |
| Plaintiff, | ) | 05 10887-JLT |
|  | ) | HON. JOSEPH L. TAURO |
| v. | ) | |
|  | ) | |
| ZERO STAGE CAPITAL VI, L.P. | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND

Pursuant to Fed. R. Civ. P. 6(b), the United States Small Business Administration, as receiver (the "Receiver") of Zero Stage Capital VI, L.P., by and through undersigned counsel, hereby moves to extend the time to respond to the *Motion to Set Schedule for Evaluation of Receivership Claim of Zero Stage Capital Company, Inc.* filed by Zero Stage Capital Company, Inc. ("Zero Stage") on June 20, 2006. The Receiver's response is currently due July 5, 2006. The Receiver respectfully requests a fourteen-day extension to file a response, up to and including July 19, 2006. In support of its motion, the Receiver states that additional time is needed to consider and respond to the motion due to the business travel and vacation schedules of its counsel. Zero Stage's counsel, Bingham McCutchen LLP, assents to this motion.

                Respectfully submitted,

Dated: June 26, 2006          /s/ Robert M. Duffy
                ROBERT M. DUFFY (BBO # 552840)
                Duffy, Sweeney & Scott, Ltd.
                One Turks Head Place, Suite 1200
                Providence, RI 02903
                Telephone: (401) 455-0700
                Facsimile : (401) 455-0701

Dated: June 26, 2006          /s/ Thomas W. Rigby
                THOMAS W. RIGBY
                VA. Bar No. 34663
                D.C. Bar No. 463532
                Chief Counsel For SBIC Liquidation
                Office of General Counsel, 7th Floor
                U.S. Small Business Administration
                409 Third Street, Seventh Floor
                Washington, DC 20416
                Telephone: (202) 619-1610
                Facsimile: (202) 481-5866

                Attorneys for the Receiver

                Assented to:

Dated: June 26, 2006          /s/ Jason L. Watkins
                Donald K. Stern (BBO # 479420)
                Julia Frost-Davies (BBO # 630590)
                Jason L. Watkins (BBO # 658560)
                BINGHAM McCUTCHEN LLP
                150 Federal Street
                Boston, MA 02110
                Telephone: (617) 951-8000
                Facsimile: (617) 951-8736

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing *Assented to Motion to Extend the Time to Respond* to the Motion to Set Schedule for Evaluation of Receivership Claim of Zero Stage Capital Company, Inc. has been made this 26th day of June 2006, in the manner specified:

**Via First-Class Mail:**

Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

**Via Electronic Mail:**

Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903
*Attorney for the Beacon Mutual Insurance Company*

                                        /s/ Robert M. Duffy
                                ROBERT M. DUFFY (BBO # 552840)
                                Duffy Sweeney & Scott, Ltd.

H:\Clients\USSBA\Zero Stage VI\Pleadings\Assented to Motion to Extend Time 06-26-06.DOC