UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ZERO STAGE CAPITAL VI, L.P.,<br><br>              Defendant. | CIVIL CASE NO. 05-10887-JLT<br>HON. JOSEPH L. TAURO |

**LIMITED OPPOSITION OF ZERO STAGE CAPITAL COMPANY, INC. TO MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION AS RECEIVER FOR ZERO STAGE CAPITAL VI, L.P. FOR ENTRY OF AN ORDER APPROVING THE FIRST RECEIVER'S REPORT FOR THE PERIOD MAY 4, 2005 TO MAY 31, 2006**

Zero Stage Capital Company, Inc. ("Zero Stage"), a claimant in the receivership (the "Receivership") of Zero Stage Capital VI, L.P. ("Fund VI"), submits this limited opposition to the Motion (the "Motion") of the U.S. Small Business Administration, as receiver for Fund VI (the "SBA" or the "Receiver") for Entry of an Order Approving the First Receiver's Report for the Period May 4, 2005 to May 31, 2006 (the "Report"). In support thereof, Zero Stage states as follows:

**LIMITED OPPOSITION**

The Report contains an eleven-page recitation of various activities and transactions which the Receiver represents as having conducted over the past thirteen months. Without commenting on its contents, Zero Stage does not object to the Receiver's filing of the Report itself. However, nothing in the Consent Order of Receivership entered by this Court on May 4, 2005 (the "Consent Order") contemplates that this Court should "approve and confirm" the Receiver's interim report "and the acts, transactions, receipts, and disbursements reported therein . . . as

described therein."  Motion Ex. A (proposed form of order).  Zero Stage therefore opposes the Receiver's request to have the contents of the Report approved and confirmed.

Furthermore, the Report does not provide the necessary detail or documentation which would permit the Court to "approve and confirm."[1]  Finally, Zero Stage notes that, while the Receiver has gone to some length to catalog its activities over the past year, it has provided no indication of what progress it has made in evaluating claims against the Receivership or of when claimants can expect a recommendation with respect to their claims.

WHEREFORE, Zero Stage respectfully requests that this Court (i) deny the Motion to approve and confirm the Report and (ii) grant such other and further relief as is necessary and appropriate.

**ZERO STAGE CAPITAL COMPANY, INC.,**

**By its attorneys,**

   /s/ Jason L. Watkins
Donald K. Stern, BBO # 479420
Julia Frost-Davies, BBO # 630590
Jason L. Watkins, BBO # 658560
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Tel:  (617) 951-8000
Fax:  617.951.8736

Dated:  August 9, 2006

---

[1]  Despite the Receiver's assertion, paragraph 10 of the Consent Order does not provide for a "final report by the Receiver" of which the Report is a precursor or interim document.  *See* Memorandum at 2.  Rather, the Consent Order provides that "the Receiver may submit a report to the Court recommending that Zero Stage VI's SBIC license be revoked."  Consent Order ¶ 10.

## CERTIFICATE OF SERVICE

    I, Jason L. Watkins, hereby by certify that on this 9th day of August 2006, I caused a copy of the foregoing document to be served on the following in the manner indicated:

**By first-class mail:**

Thomas W. Rigby, Esq.
Chief Counsel for SBIC Liquidation
Office of General Counsel, U.S. Small Business Administration
409 Third Street, S.W.
Washington, DC  20416
*Attorney for Plaintiff*

Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office, District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA  02110
*Attorney for Plaintiff*

**By email:**

| | |
|---|---|
| Robert M. Duffy | Charles A. Lovell |
| Duffy & Sweeney | Partridge, Snow & Hahn LLP |
| Suite 1200 | 180 South Main Street |
| One Turks Head Place | Providence, RI  02903 |
| Providence, RI  02903 | cal@psh.com |
| rduffy@duffysweeney.com | *Attorney for The Beacon* |
| *Attorney for SBA as Receiver* | *Mutual Insurance Company* |

                                             /s/  Jason L. Watkins
                                             Jason L. Watkins