UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL CASE NO. |
| Plaintiff, | ) | 05 10887-JLT |
| | ) | HON. JOSEPH L. TAURO |
| v. | ) | |
| | ) | |
| ZERO STAGE CAPITAL VI, L.P. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR LEAVE OF COURT TO FILE REPLY

Pursuant to LR 7.1(B)(3), the United States Small Business Administration, in its capacity as Receiver of Zero Stage Capital VI, L.P. ("Receiver"), hereby moves for leave of Court to reply to the limited opposition filed by Zero Stage Capital Company, Inc. ("ZSC"), a Claimant in this matter, to the Receiver's motion to approve and confirm the First Receiver's Report for the period from May 4, 2005, to May 31, 2006 (the "First Receiver's Report"). A copy of said Reply is attached hereto as Exhibit A. The Receiver seeks to file the proposed Reply to address the legal impropriety of and lack of factual basis for ZSC's objection and the failure of ZSC to allege any error in the Receiver's motion. Accordingly, the Receiver respectfully requests that the Court grant the Receiver leave of court to file the within Reply.

Respectfully submitted,

Dated: 08/18/06

/S/ Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI  02903
Telephone:   (401) 455-0700
Facsimile :   (401) 455-0701

Dated: 08/18/06                          /S/ Thomas W. Rigby
                                                         THOMAS W. RIGBY
                                                         VA. Bar No. 34663
                                                         D.C. Bar No. 463532
                                                         Chief Counsel For SBIC Liquidation
                                                         Office of General Counsel
                                                         U.S. Small Business Administration
                                                         409 Third Street, Seventh Floor
                                                         Washington, DC 20416
                                                         Telephone: (202) 619-1610
                                                         Facsimile: (202) 481-5866

                                                         Attorneys for Plaintiff United States of America, on behalf of the U.S. Small Business Administration

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that service of the foregoing *Motion for Leave of Court to File Reply* was filed through the ECF system on the 18th day of August, 2006, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P..
666 11th Street, N.W., suite 200
Washington, DC 20001-4542

*Via First Class mail*
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416          /S/ Elvira Hanson