UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL CASE NO. |
| Plaintiff, | ) | 05 10887-JLT |
| | ) | HON. JOSEPH L. TAURO |
| v. | ) | |
| | ) | |
| ZERO STAGE CAPITAL VI, L.P. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE OF COURT TO FILE REPLY**

Pursuant to LR 7.1(B)(3), the United States Small Business Administration, in its capacity as Receiver of Zero Stage Capital VI, L.P. ("Receiver"), hereby submits this memorandum in support of its motion for leave of Court to reply to the limited opposition filed by Zero Stage Capital Company, Inc. ("ZSC"), a Claimant in this matter, to the Receiver's motion to approve and confirm the First Receiver's Report for the period from May 4, 2005, to May 31, 2006 (the "First Receiver's Report").  A copy of said Reply is attached hereto as Exhibit A.  The Receiver seeks to file the proposed Reply to address the legal impropriety of and lack of factual basis for ZSC's objection and the failure of ZSC to allege any error in the Receiver's motion.  Accordingly, the Receiver respectfully requests that the Court grant the Receiver leave of Court to file the within Reply.

**FACTS**

The Receiver was appointed by an Order of this Court dated May 4, 2005 (the "Receivership Order") and was charged, among other things, with "marshaling and liquidating all of Zero Stage Capital VI, L.P.'s assets and satisfying the claims of creditors there from in the order of priority as determined by this Court."  Receivership Order, ¶ 1.  The First Receiver's

Report summarizes the Receiver's activities for the period from the inception of the receivership to May 31, 2006, with regard to the Receiver's duties under the Receivership Order. The Receiver moved for the Court's approval of the First Receiver's Report, and ZSC filed a limited opposition to the Receiver's motion.

## **ARGUMENT**

ZSC's limited opposition is legally improper and lacks any factual basis. Moreover, ZSC fails to allege any error in the Receiver's motion and does not have standing to oppose the Receiver's motion. Accordingly, the Receiver respectfully requests that the Court grant the Receiver leave of Court to file the within Reply.

Respectfully submitted,

Dated: 08/18/06               /S/   Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI  02903
(401) 455-0700 (T) / (401) 455-0701 (F)

Dated: 08/18/06               /S/ Thomas W. Rigby
THOMAS W. RIGBY
VA. Bar No. 34663 / D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
(202) 619-1610 (T) / (202) 481-5866 (F)

Attorneys for U.S. Small Business Administration
As Receiver for Zero Stage Capital VI, L.P.

**CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that service of the foregoing *Memorandum in Support of Motion for Leave of Court to File Reply,* was filed through the ECF system on the 18th day of August, 2006, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P.
666 11th Street, N.W., Suite 200
Washington, DC 20001-4542

*Via First Class Mail*
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416

                                            /S/ Elvira Hanson