## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CIVIL CASE NO. 05-10887-JLT** |
| Plaintiff, ) | |
| ) | **HON. Joseph L. TAURO** |
| v. ) | |
| ) | |
| **ZERO STAGE CAPITAL VI, L.P.** ) | |
| ) | |
| Defendant. ) | |

### RECEIVER'S MOTION FOR ENTRY OF AN ORDER APPROVING THE RECOMMENDATION FOR DISPOSITION OF CLAIMS <u>RECEIVED IN RESPONSE TO CLAIMS BAR DATE</u>

The United States Small Business Administration ("SBA"), as Receiver ("Receiver") for Zero Stage Capital VI, L.P. ("Zero Stage VI"), hereby moves this Court for entry of the [proposed] Order filed simultaneously herewith approving and confirming the Receiver's Recommendation for Disposition of Claims Received in Response to the Claims Bar Date ("Notice of Recommended Disposition"), which is submitted simultaneously herewith, and adopting the Receiver's recommendations for the disposition of claims received.

Respectfully submitted,

U. S. SMALL BUSINESS ADMINISTRATION,
as Receiver for Zero Stage VI Capital Corporation

Dated: November 2, 2006          By: /s/ Stacey P. Nakasian
                                 STACEY P. NAKASIAN
                                 Duffy, Sweeney & Scott, LLP
                                 One Turks Head Place, Suite 1200
                                 Providence, R.I. 02903
                                 Tel. (401) 455-0700
                                 Fax (401) 455-0701

                                 THOMAS W. RIGBY
                                 (VA Bar No. 34663; DC Bar No. 463532)
                                 Chief Counsel for SBIC Litigation, Office of SBIC
                                 Enforcement, Office of General Counsel
                                 U.S. Small Business Administration
                                 409 Third Street, S.W., 7th Floor
                                 Washington, D.C. 20416
                                 Telephone: (202) 619-1610
                                 Facsimile: (202) 481-5866

                                 Attorneys for the Receiver

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on the 2nd day of November, 2006, I electronically filed the foregoing ***Receiver's Motion for Entry of an Order Approving the Recommendation for Disposition of Claims Received in Response to Claims Bar Date*** with the Clerk of the Court for the United States District Court for the District of Massachusetts using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.:

Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**And by mailing a copy of same on November 2, 2006 to the following, via First Class Mail:**

Maurice J. Whalen
Invotex Group
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P..
1100 Connecticut Avenue, N.W.
Washington, DC 20036

Charles A. Lovell, Esq.
Partridge Snow & Hahn, LLP
180 South Street
Providence, RI 02903
Re: The Beacon Mutual Ins. Co.

Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416

Joseph T. O'Leary
Sovereign Bank
75 State Street
Mail Code: MA1 SST 04-10
Boston, MA 02109

Mr. John L. Koenig, Esq.
McNamara Koenig & McCarthy, PC
65 William Street, Suite 250
Wellesley, MA 02481

Christopher K. Pfirrman, Esq.
Sovereign Bank, Legal Department
75 State Street
Mail Code: MA1 SST 0401
Boston, MA 02109

Mr. James Sloman, Jr.
68 Old Concord Road
Belmont, MA  02478

David J. Stanland
Chief Investment Officer
NewAlliance Bank
195 Church Street
New Haven, CT  06510

Mr. Donald C. McQueen
Executive Vice President
Bank Rhode Island
One Turks Head Place,  16th Floor
Providence, RI  02903

Mr. Donald Brannelly
Assistant Vice President
Danversbank
One Conant Street
Danvers,  MA  01923

Ms. Heather Fritzky
New Hampshire Retirement System
4 Chenell Drive
Concord, NH  03301-8509

Mr. Alan P. Cleveland, Esq.
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street
Manchester, NH  03105-3701
Re:  New Hampshire Retirement System

Ms. Rosalyn A. Ciulla
Key Community Development Corporation
127 Public Square
Mailcode OH-01-27-0700
Cleveland, OH  44114

Ms. Kristin E. Richner, Esq.
Squire, Sanders & Dempsey, LLP
41 North High Street
Columbus, OH  43215
Re:  Key Community Dev. Corp.

Mr. Edward H. Seksay
General Counsel
Rockland Trust Company
288 Union Street
Rockland, MA  02370

G. Wirtz
Managing Director
PLANT N.V.
Roosbroekstraat 2
B-1541 Sint-Pieters-Kapelle (Herne)
Belgium

Mr. William B. Franklin
Managing Director
Fleet Development Ventures, LLC
231 S. LaSalle Street, 12th Floor
Chicago, IL  60604

Mr. William Udovich
Bank of America, N.A.
Legal Department
IL1-231-07-17
231 S. LaSalle Street
Chicago, IL  60697
Re: Fleet Development Ventures, LLC

Mr. Scott Sullivan
Finance Manager
Citizens Bank of Massachusetts
28 State Street, 15th Floor
Boston, MA  02109

Mr. James F. Wallace
Senior Vice President & CFO
Citizens-Union Savings Bank
4 South Main Street
Fall River, MA  02721

Mr. Richard Nadeau, Jr.
Nadeau & Simmons, P.C.
56  Pine Street
Providence, RI  02903
Re:  Business Dev. Co. of RI

President
Business Development Co. of Rhode Island
40 Westminster Street, Suite 702
Providence, RI  02903

William F. Shea, LLC
48 Leyland Road
West Hartford, CT  06117

2

Mr. John D. Hazelton  
Senior Vice President  
MBNA Community Development Corporation  
1100 North King Street  
Wilmington, DE  19884  

Ms. Karen Jessey  
Investment Counsel  
Textron, Inc.  
40 Westminster Street  
Providence, RI  02903  

Mr. Mark T. Collins, Esq.  
325 Boston Post Road  
Millbrook II  
Sudbury, MA  01776  
Re: Finlayson  

Mr. Jason L. Watkins, Esq.  
Bingham McCutchen LLP  
150 Federal Street  
Boston, MA  02110-1726  
Re: Zero Stage Capital Company, Inc.  

Mr. Paul M. Kelley  
Managing Director and CEO  
Zero Stage Capital Company, Inc.  
265 Franklin Street  
Boston, MA  02110  


/s/ Stacey P. Nakasian