UNITED STATES OF AMERICA,    *
                             *
        Plaintiff and Receiver, *
                             *
v.                           *    Civil Action No. 05-11679-JLT
                             *
ZERO STAGE CAPITAL VI, L.P., *
                             *
        Defendant.           *

### Joint Discovery Plan

The Receiver and Claimant Zero Stage Capital Company, Inc. ("ZSC") agree to the following discovery plan:

1. Receiver shall serve Judge Tauro's order setting up a procedure for approval of and objection to the recommended disposition on ZSC within 10 days of entry of such order. This date is likely to be on or about January 27, 2007.

2. Two weeks from such date, the Receiver and ZSC shall serve document requests on each other. This date is likely to be on or about February 10, 2007.

3. Parties shall have 45 days to respond to such document requests and provide to the opposing party a list of witnesses likely to have discoverable information. This date is likely to be on or about March 27, 2007.

4. At the conclusion of the 45 day period, parties shall have 20 days to review documents. The conclusion of this 20 day period is likely to be on or about April 16, 2007.

5. At the conclusion of this 20 day period, parties shall have 60 days to conduct depositions. This means depositions will likely be conducted until June 15, 2007.

6. At the end of this period, discovery will close. Pursuant to the Judge's order, ZSC will have 30 days to file its Motion in Opposition (on or about July 15, 2007). The Receiver will then have 30 days to file its Rebuttal (on or about August 15, 2007).

7. A further conference may be scheduled at the convenience of the court.


ZERO STAGE CAPITAL                    S.B.A., AS RECEIVER OF
COMPANY, INC.,                        ZERO STAGE CAPITAL VI, L.P.
By its attorneys,                     By its attorneys,

[signature]                           [signature]
1/17/07                               1/17/07