AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

For The _____ DISTRICT OF _____ Columbia

United States of America

V.

Zero Stage Capital VI, L.P.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 05-10887-JLT

TO: Semmes Bowen & Semmes
1001 Connecticut Avenue, N.W., Suit 1100
Washington, DC 20036

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See Schedule A Attached

| PLACE | DATE AND TIME |
|---|---|
| Duffy Sweeney & Scott, LTD., One Turks Head Place, Suite 1200 Providence, RI 02903, (401) 455-0700 | 3/23/2007 3:41 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ | 2/12/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Stacey P. Nakasian, Esq., Duffy Sweeney & Scott, LTD
One Turks Head Place, Suite 1200, Providence, RI 02903 - (401) 455-0700 (Phone); (401) 455-0701-Fax

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

United States of America

vs.

Zero Stage Capital VI, LP

No. 05-10887-JLT

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Subpoena Duces Tecum, Schedule A and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:20 pm on February 15, 2007, I served Semmes Bowen & Semmes at 1001 Connecticut Avenue, NW, Suite 1100, Washington, DC 20036 by serving Thomas G. Hagerty, Partner, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     50
HEIGHT-  6'3"
HAIR-    BROWN/GRAY
WEIGHT-  220
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  2-16-07
             Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 183899