UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>             Plaintiff,          )<br>                              )<br>      v.                      )<br>                              )<br>ZERO STAGE CAPITAL VI, L.P.   )<br>                              )<br>             Defendant.       )<br>_____) | CIVIL CASE NO.<br>05 10887-JLT<br>HON. JOSEPH L. TAURO |

**MOTION FOR LEAVE TO FILE CORRECTED EXHIBIT**

The United States Small Business Administration, in its capacity as Receiver ("Receiver") of Zero Stage Capital VI, L.P. ("Zero Stage VI"), hereby moves for leave of Court to file a corrected Exhibit to *Receiver's Notice of Recommended Disposition and Priority of Claims Received in Response to the Claims Bar Date (the "Receivers Notice")* (Court Document No. 28) filed on November 2, 2007. The Receiver's Notice contained Exhibits 1 through 36. Two pages of the document attached to Exhibit H, Tab 16, were inadvertently filed with copying errors. As a result, the complete text of these pages is not visible. Accordingly, the Receiver would like to re-file Exhibit H, Tab 16, with the corrected pages as attached hereto.

                                    Respectfully submitted,

Dated: March 9, 2007                /s/ Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Telephone: (401) 455-0700
Facsimile : (401) 455-0701

Dated: March 9, 2007                /s/ Thomas W. Rigby
THOMAS W. RIGBY
VA. Bar No. 34663
D.C. Bar No. 463532
Chief Counsel For SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Attorneys for Plaintiff United States of America, on behalf of the U.S. Small Business Administration

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of March 2007, I electronically filed the foregoing Motion for Leave to File Corrected Exhibit with the Clerk of the Court for the United States District Court for the District of Massachusetts using the ECF System which will send notification to the following registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.:

Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

**And by mailing a copy of same on March 9, 2007 to the following, via First Class Mail:**

Maurice J. Whalen
Invotex Group
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI,
1100 Connecticut Avenue, N.W. Suite 710
Washington, DC 20036

Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416

Mr. John L. Koenig, Esq.
McNamara Koenig & McCarthy, PC
65 William Street, Suite 250
Wellesley, MA 02481

Charles A. Lovell, Esq.
Partridge Snow & Hahn, LLP
180 South Street
Providence, RI 02903
Re: The Beacon Mutual Ins. Co.

Joseph T. O'Leary
Sovereign Bank
75 State Street
Mail Code: MA1 SST 04-10
Boston, MA 02109

Christopher K. Pfirrman, Esq.
Sovereign Bank
Legal Department
75 State Street
Mail Code: MA1 SST 0401
Boston, MA 02109

Mr. James Sloman, Jr.
68 Old Concord Road
Belmont, MA  02478

David J. Stanland
Chief Investment Officer
NewAlliance Bank
195 Church Street
New Haven, CT  06510

Mr. Donald C. McQueen
Executive Vice President
Bank Rhode Island
One Turks Head Place, 16th Floor
Providence, RI  02903

Mr. Donald Brannelly
Assistant Vice President
Danversbank
One Conant Street
Danvers, MA  01923

Ms. Heather Fritzky
New Hampshire Retirement System
4 Chenell Drive
Concord, NH  03301-8509

Mr. Alan P. Cleveland, Esq.
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street
Manchester, NH  03105-3701
Re:  New Hampshire Retirement System

Ms. Rosalyn A. Ciulla
Key Community Development
Corporation
127 Public Square
Mailcode OH-01-27-0700
Cleveland, OH  44114

Ms. Kristin E. Richner, Esq.
Squire, Sanders & Dempsey, LLP
41 North High Street
Columbus, OH  43215
Re:  Key Community Dev. Corp.

Mr. Edward H. Seksay
General Counsel
Rockland Trust Company
288 Union Street
Rockland, MA  02370

G. Wirtz
Managing Director
PLANT N.V.
Roosbroekstraat 2
B-1541 Sint-Pieters-Kapelle (Herne)
Belgium

Mr. William B. Franklin
Managing Director
Fleet Development Ventures, LLC
231 S. LaSalle Street, 12th Floor
Chicago, IL  60604

Mr. William Udovich
Bank of America, N.A.
Legal Department
IL1-231-07-17
231 S. LaSalle Street
Chicago, IL  60697
Re: Fleet Development Ventures, LLC

Mr. Scott Sullivan
Finance Manager
Citizens Bank of Massachusetts
28 State Street, 15th Floor
Boston, MA  02109

Mr. James F. Wallace
Senior Vice President & CFO
Citizens-Union Savings Bank
4 South Main Street
Fall River, MA  02721

Mr. Richard Nadeau, Jr.
Nadeau & Simmons, P.C.
56 Pine Street
Providence, RI  02903
Re:  Business Dev. Co. of RI

President
Business Development Co. of Rhode Island
40 Westminster Street, Suite 702
Providence, RI 02903

William F. Shea, LLC
48 Leyland Road
West Hartford, CT 06117

Mr. John D. Hazelton
Senior Vice President
MBNA Community Development Corporation
1100 North King Street
Wilmington, DE 19884

Ms. Karen Jessey
Investment Counsel
Textron, Inc.
40 Westminster Street
Providence, RI 02903

Mr. Mark T. Collins, Esq.
325 Boston Post Road
Millbrook II
Sudbury, MA 01776
Re: Finlayson

Mr. Jason L. Watkins, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Re: Zero Stage Capital Company, Inc.

Mr. Paul M. Kelley
Managing Director and CEO
Zero Stage Capital Company, Inc.
265 Franklin Street
Boston, MA 02110

                                                       /s/ Stacey P. Nakasian

**EXHIBIT H – Tab 16**

# MCNAMARA KOENIG & MCCARTHY, PC
## ATTORNEYS AT LAW

65 WILLIAM STREET
WELLESLEY, MASSACHUSETTS 02481

Telephone (781) 431-1700
www.mkmlegal.com

Facsimile (781) 237-8120

April 27, 2005

Thomas G. Morris, Director
Investment Division
Office of SBIC Liquidation
U.S. Small Business Administration
409 3rd Street, S.W., Suite 6300
Washington, DC 20416

Dear Mr. Morris:

Enclosed, please find the Agreed Motion Under 15 U.S.C. §687c and the Consent Order of Receivership signed by Paul Kelley.

Also enclosed, please find for your consideration the management expense analysis prepared by Zero Stage Capital Company, Inc. for the period commencing January 1, 2002 and ending April 26, 2005. Even though Zero Stage, by its letter dated August 22, 2003, volunteered to defer management fees starting with the third quarter of 2003 and going forward, in actuality, Zero Stage has deferred all management fees accrued since January 1, 2002 that were unpaid on August 22, 2003.

The analysis shows the total expenses incurred by Zero Stage during that period, the determination of which of those expenses are related to fund activities, and the allocation to Fund VI of those fund-related expenses. The analysis includes two sheets detailing the expenses, one sheet for the calendar years 2002 through 2004 and the second sheet for 2005 to date, and two additional sheets detailing the salaries and wages during those same two periods. The expense sheet for 2005 includes a grand total by expense category.

As you will see, the percent of Zero Stage expenses allocated to Fund VI increases generally over the period. These allocations were prepared by Zero Stage, with the input of all management, outside counsel, and review by Zero Stage's independent auditors, Feeley & Driscoll, P.C., whose report is also enclosed

The issues with Fund VI were increasingly resource and time consuming over the period 2002-2005. Zero Stage deployed all human resources from across the company to deal with Fund VI. In addition, numerous external and internal resources had to be brought to bear to clarify, quantify, and remedy the problems with the Fund VI portfolio. During this entire period very minimal time and effort was expended on the other, non-problematic, affiliated funds, namely, Fund V, Fund VII and its affiliates, and Penn Venture Partners. Thus, at most times during the period, well in excess of half, and at times close to all, of the firm's energies and

McNamara Koenig & McCarthy, PC

Thomas G. Morris, Director
April 27, 2005
Page 2

resources were devoted to Fund VI. Certainly, third party expenses, such as consultants and attorneys, were very much skewed toward Fund VI.

To calculate third-party expenses eligible for reimbursement, Zero Stage has divided its expenses into 4 categories:

Category A: expenses paid to third parties other than Zero Stage employees.
Category B: indirect employment expenses, to the extent not included in Salaries & Wages.
Category C: salaries and wages to Zero Stage employees. This Category has been further subdivided into 5 categories:
 1: employees who are also equity owners in Zero Stage or any Zero Stage fund.
 2: employees who are not equity owners but who exercise management authority
 3: back office and administrative employees
 4: employees who work only on Penn Venture Partners matters
 5: one administrative employee, 30% of whose salary is paid by Penn Venture Partners - the balance has been allocated to Fund VI as set forth on the analysis.
Category D: non-employment related expenses related to Penn Venture Partners.

It is our belief that the expenses listed in Categories A, B, C3, and C5 should be reimbursable, and it is our request that you approve reimbursement of those expenses at this time.

If you have any questions about this analysis, please call me.

Yours sincerely,



John L. Koenig

Encls.

cc:  Paul G. Kelley
     R. Michael Haynes, Esq.

# FEELEY & DRISCOLL, P.C.
Certified Public Accountants/Business Consultants

To the Management of Zero Stage Fund VI
Cambridge, Massachusetts

We have performed the procedures enumerated below, which were agreed to by the Management of Zero Stage Fund VI, solely to assist you with respect to the allocation reimbursement schedule, referred to as "the Schedule". The Management of Zero Stage Fund VI is responsible for the preparation and validation of figures and allocations included in the Schedule. The sufficiency of the procedures is solely the responsibility of the Management of Fund VI. Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures and findings are as follows:

a. We recalculated the amounts included in the Schedule for the years of 2002, 2003 and 2004 and noted that amounts were reported consistently for the periods in question.

b. We inquired with members of Management regarding the methodology used to determine the expense allocations. Based on our conversations, we feel that Management used consistent methods in determining the allocation of the reimbursable expenses included in the Schedule.

c. We analyzed the allocations of the reimbursable expenses as shown in the Schedule. We feel that the allocations supporting the amount of requested reimbursable expenses have been determined in a reasonable and equitable manner.

We were not engaged to, and did not conduct an audit, the objective of which would be the expression of an opinion on the reimbursable expense schedule of Zero Stage Fund VI. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information and use of the Small Business Administration and Management of Zero Stage Fund VI, and is not intended to be and should not be used by anyone other than those specified parties.

*Feeley & Driscoll, P.C.*

April 26, 2005

200 Portland Street, Boston, Massachusetts 02114-1709 • (617) 742-7788
Telefax: (617) 742-0210
www.fdcpa.com
159 Broad Street, P.O. Box 3158, Nashua, New Hampshire 03061-3158 • (603) 889-0444

ZERO STAGE CAPITAL COMPANY INC
EXPENSES ALLOCABLE TO FUND ACTIVITY AND SUBSEQUENTLY APPORTIONED
TO ZSC VI LP
FOR THE YEARS ENDED 2002, 2003 AND 2004

**2002 EXPENSES TO BE ALLOCATED AND APPORTIONED**

| EXPENSES | TOTAL MGMT CO EXPENSES TO BE ALLOCATED | EXPENSES ALLOCABLE TO FUND ACTIVITIES Y/N | ALLOCABLE EXPENSES TO BE APPORTIONED AMONG FUNDS | % OF EXPENSES TO BE APPORTIONED TO ZSC VI LP | EXPENSES APPORTIONED TO ZSC VI LP |
|---|---|---|---|---|---|
| **CATEGORY A** | | | | | |
| Advertising & Marketing Exp. | 85,919.16 | N | 0.00 | 0.00% | |
| Automobile Expense | 38,200.00 | Y | 38,200.00 | 25.00% | 9,550.00 |
| Consulting | 467,026.47 | Y | 467,026.47 | 45.00% | 210,161.91 |
| Consulting- MBDC | 75,000.00 | Y | 75,000.00 | 80.00% | 60,000.00 |
| Dues, Subscriptions, Books | 42,884.32 | Y | 42,884.32 | 30.00% | 12,865.30 |
| Fund Raising Exp - ZSC VII & New Markets | 151,982.40 | N | 0.00 | 0.00% | 0.00 |
| In-House meetings | 19,643.27 | Y | 19,643.27 | 40.00% | 7,857.31 |
| Insurance Exp | 3,951.00 | Y | 3,951.00 | 30.00% | 1,185.30 |
| Interest Expense | 0.00 | Y | 0.00 | N/A | 0.00 |
| Internet Services | 4,579.77 | Y | 4,579.77 | 30.00% | 1,373.93 |
| Investor Meetings | 4,252.62 | Y | 4,252.62 | 30.00% | 1,275.79 |
| Legal and Professional Expense | 292,094.71 | Y | 292,094.71 | 45.00% | 131,442.62 |
| Miscellaneous | 23,693.38 | Y | 23,693.38 | 30.00% | 7,108.01 |
| Office Construction | 31,465.49 | Y | 31,465.49 | 30.00% | 9,439.65 |
| Office Equipment Expense | 15,854.50 | Y | 15,854.50 | 30.00% | 4,756.35 |
| Office Supplies | 64,583.96 | Y | 64,583.96 | 30.00% | 19,375.19 |
| Other Expense | 60,021.04 | Y | 60,021.04 | 30.00% | 18,006.31 |
| Other Taxes | 628.56 | Y | 628.56 | 20.00% | 125.71 |
| Postage & Delivery | 17,613.75 | Y | 17,613.75 | 30.00% | 5,284.13 |
| Recruiting Expense | 11,400.00 | Y | 11,400.00 | 30.00% | 3,420.00 |
| Rent/Parking/Oper. Expenses | 655,716.41 | Y | 655,716.41 | 45.00% | 295,072.38 |
| Repairs Expense | 10,572.22 | Y | 10,572.22 | 25.00% | 2,643.06 |
| Seminars/Conference | 20,324.00 | Y | 20,324.00 | 35.00% | 7,113.40 |
| Software Expense | 3,148.95 | Y | 3,148.95 | 30.00% | 944.69 |
| Telephone Expense | 50,222.63 | Y | 50,222.63 | 35.00% | 17,577.92 |
| Travel - Airfare, Trains, Etc. | 217,225.43 | Y | 217,225.43 | 45.00% | 97,751.44 |
| Utilities Exp. - Electricity | 3,624.85 | Y | 3,624.85 | 25.00% | 906.21 |
| | 2,371,628.89 | | 2,133,727.33 | | 925,236.60 |
| **CATEGORY B** | | | | | |
| Employee Benefit Programs | 0.00 | Y | 0.00 | 40.00% | 0.00 |
| Employer Payroll Tax Expense | 127,891.61 | Y | 127,891.61 | 40.00% | 51,156.64 |
| Health & Welfare Expenses | 291,829.08 | Y | 291,829.08 | 40.00% | 116,731.63 |
| | 419,720.69 | | 419,720.69 | | 167,888.28 |
| **CATEGORY C** | | | | | |
| Salaries & Wages 1 | 3,351,354.53 | Y | 3,351,354.53 | 40.00% | 1,340,541.81 |
| Salaries & Wages 2 | 156,249.90 | Y | 156,249.90 | 40.00% | 62,499.96 |
| Salaries & Wages 3 | 312,014.45 | Y | 312,014.45 | 40.00% | 124,805.78 |
| Salaries & Wages 4 | 56,250.00 | Y | 56,250.00 | 40.00% | 22,500.00 |
| Salaries & Wages 5 | 0.00 | Y | 0.00 | 40.00% | 0.00 |
| | 3,875,868.88 | | 3,875,868.88 | | 1,550,347.55 |
| **CATEGORY D** | | | | | |
| Penn Venture Expense | 0.00 | N | 0.00 | 0.00% | 0.00 |
| Penn Venture Partner Expense | 0.00 | N | 0.00 | 0.00% | 0.00 |
| Penn Ventures O/A expenses | 0.00 | N | 0.00 | 0.00% | 0.00 |
| | 0.00 | | 0.00 | | 0.00 |
| | 6,667,218.46 | | 6,429,316.90 | | 2,643,472.43 |

**2003 EXPENSES TO BE ALLOCATED AND APPORTIONED**

| EXPENSES | TOTAL MGMT CO EXPENSES TO BE ALLOCATED | EXPENSES ALLOCABLE TO FUND ACTIVITIES Y/N | ALLOCABLE EXPENSES TO BE APPORTIONED AMONG FUNDS | % OF EXPENSES TO BE APPORTIONED TO ZSC VI LP | EXPENSES APPORTIONED TO ZSC VI LP |
|---|---|---|---|---|---|
| **CATEGORY A** | | | | | |
| Advertising & Marketing Exp. | 54,742.48 | N | 0.00 | 0.00% | 0.00 |
| Automobile Expense | 52,350.36 | Y | 52,350.36 | 25.00% | 13,087.59 |
| Consulting | 373,925.45 | Y | 373,925.45 | 60.00% | 224,355.27 |
| Consulting- MBDC | 0.00 | Y | 0.00 | 80.00% | 0.00 |
| Dues, Subscriptions, Books | 37,912.99 | Y | 37,912.99 | 30.00% | 11,373.90 |
| Fund Raising Exp - ZSC VII & New Markets | 992.82 | N | 0.00 | 0.00% | 0.00 |
| In-House meetings | 14,334.95 | Y | 14,334.95 | 60.00% | 8,600.97 |
| Insurance Exp | 54,563.54 | Y | 54,563.54 | 30.00% | 16,369.06 |
| Interest Expense | 0.00 | Y | 0.00 | N/A | 0.00 |
| Internet Services | 5,826.54 | Y | 5,826.54 | 30.00% | 1,747.96 |
| Investor Meetings | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Legal and Professional Expense | 450,675.24 | Y | 450,675.24 | 60.00% | 270,405.14 |
| Miscellaneous | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Office Construction | 12,852.04 | Y | 12,852.04 | 30.00% | 3,855.61 |
| Office Equipment Expense | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Office Supplies | 59,005.64 | Y | 59,005.64 | 30.00% | 17,701.69 |
| Other Expense | 91,018.12 | Y | 91,018.12 | 30.00% | 27,305.44 |
| Other Taxes | 9,652.53 | Y | 9,652.53 | 20.00% | 1,930.51 |
| Postage & Delivery | 18,761.21 | Y | 18,761.21 | 30.00% | 5,628.36 |
| Recruiting Expense | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Rent/Parking/Oper. Expenses | 395,004.57 | Y | 395,004.57 | 50.00% | 197,502.29 |
| Repairs Expense | 0.00 | Y | 0.00 | 25.00% | 0.00 |
| Seminars/Conference | 20,725.00 | Y | 20,725.00 | 35.00% | 7,253.75 |
| Software Expense | 6,591.07 | Y | 6,591.07 | 30.00% | 1,977.32 |
| Telephone Expense | 38,153.33 | Y | 38,153.33 | 35.00% | 13,353.67 |
| Travel - Airfare, Trains, Etc. | 75,797.64 | Y | 75,797.64 | 60.00% | 45,478.58 |
| Utilities Exp. - Electricity | 3,684.81 | Y | 3,684.81 | 25.00% | 921.20 |
| | 1,776,570.33 | | 1,720,835.03 | | 868,848.31 |
| **CATEGORY B** | | | | | |
| Employee Benefit Programs | 0.00 | Y | 0.00 | 55.00% | 0.00 |
| Employer Payroll Tax Expense | 0.00 | Y | 0.00 | 55.00% | 0.00 |
| Health & Welfare Expenses | 262,581.72 | Y | 262,581.72 | 55.00% | 144,419.95 |
| | 262,581.72 | | 262,581.72 | | 144,419.95 |
| **CATEGORY C** | | | | | |
| Salaries & Wages 1 | 2,352,312.34 | Y | 2,352,312.34 | 55.00% | 1,293,771.79 |
| Salaries & Wages 2 | 132,206.40 | Y | 132,206.40 | 55.00% | 72,713.52 |
| Salaries & Wages 3 | 398,951.13 | Y | 398,951.13 | 55.00% | 219,423.12 |
| Salaries & Wages 4 | 184,481.64 | Y | 184,481.64 | 55.00% | 101,464.90 |
| Salaries & Wages 5 | 0.00 | Y | 0.00 | 55.00% | 0.00 |
| | 3,067,951.51 | | 3,067,951.51 | | 1,687,373.33 |
| **CATEGORY D** | | | | | |
| Penn Venture Expense | 30,539.97 | N | 0.00 | 0.00% | 0.00 |
| Penn Venture Partner Expense | 129,447.94 | N | 0.00 | 0.00% | 0.00 |
| Penn Ventures O/A expenses | 0.00 | N | 0.00 | 0.00% | 0.00 |
| | 159,987.91 | | 0.00 | | 0.00 |
| | 5,267,091.47 | | 5,051,368.26 | | 2,700,641.59 |

**2004 EXPENSES TO BE ALLOCATED AND APPORTIONED**

| EXPENSES | TOTAL MGMT CO EXPENSES TO BE ALLOCATED | EXPENSES ALLOCABLE TO FUND ACTIVITIES Y/N | ALLOCABLE EXPENSES TO BE APPORTIONED AMONG FUNDS | % OF EXPENSES TO BE APPORTIONED TO ZSC VI LP | EXPENSES APPORTIONED TO ZSC VI LP |
|---|---|---|---|---|---|
| **CATEGORY A** | | | | | |
| Advertising & Marketing Exp. | 52,259.42 | N | 0.00 | 0.00% | 0.00 |
| Automobile Expense | 33,944.57 | Y | 33,944.57 | 35.00% | 11,880.60 |
| Consulting | 162,255.77 | Y | 162,255.77 | 75.00% | 162,255.77 |
| Consulting- MBDC | 0.00 | Y | 0.00 | 80.00% | 0.00 |
| Dues, Subscriptions, Books | 12,025.47 | Y | 12,025.47 | 20.00% | 12,025.47 |
| Fund Raising Exp - ZSC VII & New Markets | 3,474.21 | N | 0.00 | 0.00% | 0.00 |
| In-House meetings | 7,841.92 | Y | 7,841.92 | 50.00% | 3,920.96 |
| Insurance Exp | 12,662.23 | Y | 12,662.23 | 25.00% | 3,165.56 |
| Interest Expense | 39,368.06 | Y | 39,368.06 | 100.00% | 39,368.06 |
| Internet Services | 7,596.67 | Y | 7,596.67 | 20.00% | 1,519.33 |
| Investor Meetings | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Legal and Professional Expense | 308,510.72 | Y | 308,510.72 | 75.00% | 231,383.04 |
| Miscellaneous | 995.00 | Y | 995.00 | 20.00% | 199.00 |
| Office Construction | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Office Equipment Expense | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Office Supplies | 34,196.50 | Y | 34,196.50 | 30.00% | 10,258.95 |
| Other Expense | 22,116.58 | Y | 22,116.58 | 30.00% | 6,634.97 |
| Other Taxes | 1,658.97 | Y | 1,658.97 | 20.00% | 331.79 |
| Postage & Delivery | 9,575.82 | Y | 9,575.82 | 30.00% | 2,872.75 |
| Recruiting Expense | 0.00 | Y | 0.00 | 30.00% | 0.00 |
| Rent/Parking/Oper. Expenses | 273,156.07 | Y | 273,156.07 | 60.00% | 163,893.64 |
| Repairs Expense | 0.00 | Y | 0.00 | 25.00% | 0.00 |
| Seminars/Conference | 10,575.00 | Y | 10,575.00 | 35.00% | 3,701.25 |
| Software Expense | 5,662.50 | Y | 5,662.50 | 30.00% | 1,698.75 |
| Telephone Expense | 41,801.52 | Y | 41,801.52 | 35.00% | 14,630.53 |
| Travel - Airfare, Trains, Etc. | 30,506.88 | Y | 30,506.88 | 60.00% | 18,304.13 |
| Utilities Exp. - Electricity | 4,321.43 | Y | 4,321.43 | 25.00% | 1,080.36 |
| | 1,074,505.31 | | 1,018,771.68 | | 689,124.91 |
| **CATEGORY B** | | | | | |
| Employee Benefit Programs | 0.00 | Y | 0.00 | 60.00% | 0.00 |
| Employer Payroll Tax Expense | 0.00 | Y | 0.00 | 60.00% | 0.00 |
| Health & Welfare Expenses | 282,431.64 | Y | 282,431.64 | 60.00% | 169,458.98 |
| | 282,431.64 | | 282,431.64 | | 169,458.98 |
| **CATEGORY C** | | | | | |
| Salaries & Wages 1 | 1,673,342.07 | Y | 1,673,342.07 | 60.00% | 1,004,005.24 |
| Salaries & Wages 2 | 300,460.20 | Y | 300,460.20 | 60.00% | 180,276.12 |
| Salaries & Wages 3 | 253,871.24 | Y | 253,871.24 | 60.00% | 152,322.74 |
| Salaries & Wages 4 | 322,835.28 | Y | 322,835.28 | 60.00% | 193,701.17 |
| Salaries & Wages 5 | 9,205.63 | Y | 9,205.63 | 60.00% | 5,523.38 |
| | 2,559,714.42 | | 2,559,714.42 | | 1,535,828.65 |
| **CATEGORY D** | | | | | |
| Penn Venture Expense | 113,748.01 | N | 0.00 | 0.00% | 0.00 |
| Penn Venture Partner Expense | 2,304.90 | N | 0.00 | 0.00% | 0.00 |
| Penn Ventures O/A expenses | 10,155.00 | N | 0.00 | 0.00% | 0.00 |
| | 126,207.91 | | 0.00 | | 0.00 |
| | 4,042,859.28 | | 3,860,917.74 | | 2,394,412.55 |

ZERO STAGE CAPITAL COMPANY, INC.
EXPENSES ALLOCABLE TO FUND ACTIVITY AND SUBSEQUENTLY APPORTIONED
TO ZSC VI LP
FOR 2005 THROUGH APRIL 26, 2005

## 2005 EXPENSES THRU 04/26/05 ALLOCATED AND APPORTIONED

| EXPENSES | TOTAL MGMT CO EXPENSES TO BE ALLOCATED | EXPENSES ALLOCABLE TO FUND ACTIVITIES Y/N | ALLOCABLE EXPENSES TO BE APPORTIONED AMONG FUNDS | % OF EXPENSES TO BE APPORTIONED TO ZSC VI LP | EXPENSES APPORTIONED TO ZSC VI LP | GRAND TOTAL |
|---|---|---|---|---|---|---|
| **CATEGORY A** | | | | | | |
| Advertising & Marketing Exp. | 16,133.00 | N | 0.00 | 0.00% | 0.00 | 0.00 |
| Automobile Expense | 4,882.45 | Y | 4,882.45 | 35.00% | 1,708.86 | 36,227.05 |
| Consulting | 8,077.50 | Y | 8,077.50 | 75.00% | 6,058.13 | 602,831.08 |
| Consulting- MBDC | 0.00 | Y | 0.00 | 80.00% | 0.00 | 60,000.00 |
| Dues, Subscriptions, Books | 640.62 | Y | 640.62 | 20.00% | 128.12 | 36,392.79 |
| Fund Raising Exp - ZSC VII & New Markets | 0.00 | N | 0.00 | 0.00% | 0.00 | 0.00 |
| In-House meetings | 1,198.37 | Y | 1,198.37 | 50.00% | 599.19 | 20,978.42 |
| Insurance Exp | 0.00 | Y | 0.00 | 25.00% | 0.00 | 20,719.92 |
| Interest Expense | 25,833.33 | Y | 25,833.33 | 100.00% | 25,833.33 | 65,201.39 |
| Internet Services | 1,994.37 | Y | 1,994.37 | 20.00% | 398.87 | 5,040.10 |
| Investor Meetings | 0.00 | Y | 0.00 | 30.00% | 0.00 | 1,275.79 |
| Legal and Professional Expense | 17,541.50 | Y | 17,541.50 | 75.00% | 13,156.13 | 646,386.93 |
| Miscellaneous | 0.00 | Y | 0.00 | 20.00% | 0.00 | 7,307.01 |
| Office Construction | 0.00 | Y | 0.00 | 30.00% | 0.00 | 13,295.26 |
| Office Equipment Expense | 0.00 | Y | 0.00 | 65.00% | 0.00 | 4,756.35 |
| Office Supplies | 6,472.93 | Y | 6,472.93 | 30.00% | 1,941.88 | 49,277.71 |
| Other Expense | 5,440.86 | Y | 5,440.86 | 30.00% | 1,632.26 | 53,578.98 |
| Other Taxes | 0.00 | Y | 0.00 | 20.00% | 0.00 | 2,388.01 |
| Postage & Delivery | 2,211.88 | Y | 2,211.88 | 30.00% | 663.56 | 14,448.80 |
| Recruiting Expense | 0.00 | Y | 0.00 | 30.00% | 0.00 | 3,420.00 |
| Rent/Parking/Oper. Expenses | 111,652.02 | Y | 111,652.02 | 30.00% | 33,495.61 | 689,963.92 |
| Repairs Expense | 0.00 | Y | 0.00 | 25.00% | 0.00 | 2,643.06 |
| Seminars/Conference | 200.00 | Y | 200.00 | 35.00% | 70.00 | 18,138.40 |
| Software Expense | 0.00 | Y | 0.00 | 30.00% | 0.00 | 4,620.76 |
| Telephone Expense | 5,844.09 | Y | 5,844.09 | 35.00% | 2,045.43 | 47,607.55 |
| Travel - Airfare, Trains, Etc. | 2,030.75 | Y | 2,030.75 | 60.00% | 1,218.45 | 162,752.61 |
| Utilities Exp. - Electricity | 775.55 | Y | 775.55 | 25.00% | 193.89 | 3,101.66 |
| | 210,929.22 | | 194,796.22 | | 89,143.70 | 2,572,353.52 |
| **CATEGORY B** | | | | | | |
| Employee Benefit Programs | 0.00 | Y | 0.00 | 60.00% | 0.00 | 0.00 |
| Employer Payroll Tax Expense | 56,094.52 | Y | 56,094.52 | 60.00% | 33,656.71 | 84,813.36 |
| Health & Welfare Expenses | 53,314.63 | Y | 53,314.63 | 60.00% | 31,988.78 | 462,599.34 |
| | 109,409.15 | | 109,409.15 | | 65,645.49 | 547,412.70 |
| **CATEGORY C** | | | | | | |
| Salaries & Wages  1 | 471,250.06 | Y | 471,250.06 | 60.00% | 282,750.04 | 3,921,068.88 |
| Salaries & Wages  2 | 92,058.31 | Y | 92,058.31 | 60.00% | 55,234.99 | 370,724.59 |
| Salaries & Wages  3 | 37,453.39 | Y | 37,453.39 | 60.00% | 22,472.03 | 519,023.68 |
| Salaries & Wages  4 | 105,000.00 | Y | 105,000.00 | 60.00% | 63,000.00 | 380,666.07 |
| Salaries & Wages  5 | 27,500.00 | Y | 27,500.00 | 60.00% | 16,500.00 | 22,023.38 |
| | 733,261.76 | | 733,261.76 | | 439,957.06 | 5,213,506.59 |
| **CATEGORY D** | | | | | | |
| Penn Venture Expense | 28,154.27 | N | 0.00 | 0.00% | 0.00 | 0.00 |
| Penn Venture Partner Expense | 0.00 | N | 0.00 | 0.00% | 0.00 | 0.00 |
| Penn Ventures O/A expenses | 32,989.78 | N | 0.00 | 0.00% | 0.00 | 0.00 |
| | 61,144.05 | | 0.00 | | 0.00 | 0.00 |
| | 1,114,744.18 | | 1,037,467.13 | | 594,746.24 | 8,333,272.81 |

ASSUMPTIONS AND STATEMENTS
1. Salaries and Wages are taken directly from the Payroll Journals
2. Legal expenses are apportioned at a higher percentage in 2004 and 2005 due to the requests of the SBA in those periods
3. Employee Benefit Programs have been combined with Salaries and Wages - 401(K) Salary Reduction Arrangement funded by employees.
4. Percentages for all other items of expense have been arrived at by consensus of the management team as to what is apprpriate
5. Charitable Contributions were not taken into account.
6. No effect was given to depreciation
7. The management fees received in cash have been applied to the respective expenses by a factor arrived at by dividing the total salaries of the category 1 & 4 employees by the expenses of the Management Company
This factor is then multiplied by the management fee received in cash.  The product is then deducted from the total cash management fee received.  The remainder is then applied to all other expenses of the Management Company.

| | |
|---|---|
| Total for 2002-2005 - Category A | 2,572,353.52 |
| Total for 2002-2005 - Category B | 547,412.70 |
| Total for 2002-2005 - Categories C1, C2, C4 | 4,672,459.53 |
| Total for 2002-2005 - Categories C3 and C5 | 541,047.06 |
| Total for 2002-2005 - Category D | 0.00 |
| Total for 2002-2005 - All Categories | 8,333,272.81 |

ZERO STAGE CAPITAL COMPANY, INC.
CLASSIFICATION OF EMPLOYEES SALARIES
2002, 2003 AND 2004

| NAME | Y/N | BASIS OF DETERMINATION | CATE-GORY | 2002 GROSS WAGES | 2002 EMPLOYMENT TAXES | 2002 TOTAL | 2003 GROSS WAGES | 2003 EMPLOYMENT TAXES | 2003 TOTAL | 2004 GROSS WAGES | 2004 EMPLOYMENT TAXES | 2004 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARROWS | N | MANAGEMENT - NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 168,198.00 | 0.00 | 168,198.00 |
| BARTZ | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 44,953.37 | 3,438.95 | 48,392.32 | 46,499.92 | 3,557.25 | 50,057.17 | 43,999.92 | 7,888.73 | 51,888.65 |
| BATY | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 83,333.48 | 6,375.08 | 89,708.56 | 50,000.16 | 3,825.12 | 53,825.28 | 50,000.16 | 3,825.12 | 53,825.28 |
| BRONSTEIN | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 0.00 | 0.00 | 0.00 | 250,000.08 | 9,018.96 | 259,019.04 | 300,000.08 | 9,799.76 | 309,799.84 |
| CARMISCIANO | N | MANAGEMENT - NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 2 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAULFIELD | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 54,360.00 | 4,158.56 | 58,518.56 | 62,000.00 | 4,743.06 | 66,743.06 | 57,000.00 | 4,360.56 | 61,360.56 |
| FUNG | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 562,500.00 | 13,419.99 | 575,919.99 | 376,850.00 | 10,858.27 | 387,708.27 | 67,708.35 | 5,179.66 | 72,888.01 |
| JOHNSON | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 500,000.16 | 12,513.76 | 512,513.92 | 281,250.05 | 9,472.10 | 290,722.15 | 0.00 | | 0.00 |
| KAM | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 71,754.91 | 5,489.11 | 77,244.02 | 31,057.97 | 2,375.87 | 33,433.84 | 0.00 | | 0.00 |
| KELLEY, M | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 43,750.02 | 3,346.86 | 47,096.88 | 175,000.08 | 7,931.52 | 182,931.60 | 175,000.08 | 7,987.32 | 182,987.40 |
| KELLEY, P | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 1,125,000.00 | 21,576.42 | 1,146,576.42 | 450,000.00 | 11,919.12 | 461,919.12 | 450,000.00 | 11,974.92 | 461,974.92 |
| KLINE | N | PENN VENTURES - NO ZERO STAGE FUND ACTIVITY | 4 | 0.00 | 0.00 | 0.00 | 25,000.02 | 1,912.50 | 26,912.52 | 100,000.08 | 6,899.88 | 106,899.96 |
| LETCH-D'ALESSIO | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 57,070.56 | 4,365.90 | 61,436.46 | 53,868.78 | 4,120.95 | 57,989.73 | 22,614.48 | 1,730.00 | 24,344.48 |
| MONROE | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 57,000.00 | 4,360.56 | 61,360.56 | 47,384.60 | 3,624.97 | 51,009.57 | 0.00 | | 0.00 |
| MORRIS | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.00 | 0.00 | 21,594.85 | 1,652.01 | 23,246.86 | 69,866.61 | 5,344.81 | 75,211.42 |
| PECK | N | PENN VENTURES - NO ZERO STAGE FUND ACTIVITY | 4 | 56,250.00 | 4,303.16 | 60,553.16 | 150,000.00 | 7,569.12 | 157,569.12 | 150,000.00 | 7,624.92 | 157,624.92 |
| PINTO | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 66,666.65 | 5,100.00 | 71,766.65 | 199,999.92 | 8,293.92 | 208,293.84 | 199,999.92 | 8,349.72 | 208,349.64 |
| RICE | Y | WORKED WITH PORTFOLIO CO.'S | 1 | 247,500.00 | 8,852.61 | 256,352.61 | 165,000.00 | 7,786.56 | 172,786.56 | 123,750.00 | 7,244.16 | 130,994.16 |
| RODRIGUEZ | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 26,875.61 | 2,055.97 | 28,931.58 | 28,993.56 | 2,218.00 | 31,211.56 | 11,910.31 | 911.15 | 12,821.46 |
| SONI | Y | WORKED WITH PORTFOLIO CO.'S | 1 | 235,104.10 | 8,672.83 | 243,776.93 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVENS | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 487,500.12 | 12,332.45 | 499,832.57 | 325,000.08 | 10,106.40 | 335,106.48 | 243,541.67 | 8,981.15 | 252,522.82 |
| TAUBERMAN | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 5 A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,551.45 | 654.19 | 9,205.63 |
| VOVAKES | N | PENN VENTURES - NO ZERO STAGE FUND ACTIVITY | 4 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54,166.60 | 4,143.80 | 58,310.40 |
| WEINBERG | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.00 | 0.00 | 79,200.50 | 6,058.84 | 85,259.34 | 26,237.50 | 2,007.17 | 28,244.67 |
| YAGHOUBI | Y | WORKED WITH PORTFOLIO CO.'S | 2 | 156,249.90 | 7,529.40 | 163,779.30 | 124,999.92 | 7,206.48 | 132,206.40 | 124,999.92 | 7,262.28 | 132,262.20 |
| | | TOTAL - AGREES TO W-2 LISTING | | 3,875,868.88 | 127,891.61 | 4,003,760.49 | 2,943,700.49 | 124,251.02 | 3,067,951.51 | 2,447,545.13 | 112,169.30 | 2,559,714.42 |
| | | | 1 | 3,351,354.53 | 92,190.00 | 3,443,544.53 | 2,273,100.37 | 79,211.97 | 2,352,312.34 | 1,610,000.26 | 63,341.81 | 1,673,342.07 |
| | | | 2 | 156,249.90 | 7,529.40 | 163,779.30 | 124,999.92 | 7,206.48 | 132,206.40 | 293,197.92 | 7,262.28 | 300,460.20 |
| | | | 3 | 312,014.45 | 23,869.05 | 335,883.50 | 370,600.18 | 28,350.95 | 398,951.13 | 231,628.82 | 22,242.42 | 253,871.24 |
| | | | 4 | 56,250.00 | 4,303.16 | 60,553.16 | 175,000.02 | 9,481.62 | 184,481.64 | 304,166.68 | 18,668.60 | 322,835.28 |
| | | | 5 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,551.45 | 654.19 | 9,205.63 |
| | | | | 3,875,868.88 | 127,891.61 | 4,003,760.49 | 2,943,700.49 | 124,251.02 | 3,067,951.51 | 2,447,545.13 | 112,169.30 | 2,559,714.42 |
| | | | 1 | 86.47% | 72.08% | 86.01% | 77.22% | 63.75% | 76.67% | 65.78% | 56.47% | 65.37% |
| | | | 2 | 4.03% | 5.89% | 4.09% | 4.25% | 5.80% | 4.31% | 11.98% | 6.47% | 11.74% |
| | | | 3 | 8.05% | 18.66% | 8.39% | 12.59% | 22.82% | 13.00% | 9.46% | 19.83% | 9.92% |
| | | | 4 | 1.45% | 3.36% | 1.51% | 5.94% | 7.63% | 6.01% | 12.43% | 16.64% | 12.61% |
| | | | 5 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.35% | 0.58% | 0.36% |
| | | | | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% |

A 70% OF TIME DEVOTED TO THE ZERO SATAGE FUNDS

ZERO STAGE CAPITAL COMPANY, INC.
CLASSIFICATION OF EMPLOYEES' SALARIES
2005

2005 SALARIES AND WAGES

| NAME | Y/N | BASIS OF DETERMINATION | CATE-GORY | GROSS WAGES | EMPLOYMENT TAXES | TOTAL |
|---|---|---|---|---|---|---|
| BARROWS | N | MANAGEMENT - NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 2 | 55,600.00 | 4,253.40 | 59,853.40 |
| BARTZ | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 14,666.64 | 1,122.00 | 15,788.64 |
| BATY | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 16,666.72 | 1,275.00 | 17,941.72 |
| BRONSTEIN | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 83,333.36 | 6,375.00 | 89,708.36 |
| CARMISCIANO | N | MANAGEMENT - NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 2 | 31,249.98 | 2,390.62 | 33,640.60 |
| CAULFIELD | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 19,000.00 | 1,453.50 | 20,453.50 |
| FUNG | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 0.00 | 0.00 | 0.00 |
| JOHNSON | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 0.00 | 0.00 | 0.00 |
| KAM | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.00 | 0.00 |
| KELLEY, M | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 74,583.34 | 5,705.63 | 80,288.97 |
| KELLEY, P | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 150,000.00 | 11,475.00 | 161,475.00 |
| KLINE | N | PENN VENTURES - NO ZERO STAGE FUND ACTIVITY | 4 | 33,333.36 | 2,550.00 | 35,883.36 |
| LETCH-D'ALESSIO | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 3,786.75 | 289.69 | 4,076.44 |
| MONROE | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.00 | 0.00 |
| MORRIS | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.00 | 0.00 |
| PECK | N | PENN VENTURES - NO ZERO STAGE FUND ACTIVITY | 4 | 50,000.00 | 3,825.00 | 53,825.00 |
| PINTO | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 66,666.64 | 5,100.00 | 71,766.64 |
| RICE | Y | WORKED WITH PORTFOLIO CO.'S | 1 | 0.00 | 0.00 | 0.00 |
| RODRIGUEZ | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.00 | 0.00 |
| SONI | Y | WORKED WITH PORTFOLIO CO.'S | 1 | 0.00 | 0.00 | 0.00 |
| STEVENS | Y | PORTFOLIO CONTACT - BOARD MEMBER SEAT | 1 | 80,000.00 | 6,120.00 | 86,120.00 |
| TAUBERMAN | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 5 | 27,500.00 | 2,103.75 | 29,603.75 |
| VOYAKES | N | PENN VENTURES - NO ZERO STAGE FUND ACTIVITY | 4 | 21,666.64 | 1,657.50 | 23,324.14 |
| WEINBERG | N | BACK OFFICE NO DECISION MAKING AUTHORITY REGARDING PORTFOLIO CO.'S | 3 | 0.00 | 0.0 | 0.00 |
| YAGHOUBI | Y | WORKED WITH PORTFOLIO CO.'S | 2 | 5,208.33 | 398.44 | 5,609.77 |
| TOTAL - AGREES TO W-2 LISTING | | | | 733,261.76 | 56,094.52 | 789,356.28 |

| | | | |
|---|---|---|---|
| 1 | 471,250.06 | 36,050.63 | 507,300.69 |
| 2 | 92,058.31 | 7,042.46 | 99,100.77 |
| 3 | 37,453.39 | 2,865.18 | 40,318.57 |
| 4 | 105,000.00 | 8,032.50 | 113,032.50 |
| 5 | 27,500.00 | 2,103.75 | 29,603.75 |
| | 733,261.76 | 56,094.52 | 789,356.28 |

| | | | |
|---|---|---|---|
| 1 | 64.27% | 64.27% | 64.27% |
| 2 | 12.55% | 12.55% | 12.55% |
| 3 | 5.11% | 5.11% | 5.11% |
| 4 | 14.32% | 14.32% | 14.32% |
| 5 | 3.75% | 3.75% | 3.75% |
| | 100.00% | 100.00% | 100.00% |