UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL CASE NO. |
| Plaintiff, ) | 05 10887-JLT |
| ) | HON. JOSEPH L. TAURO |
| v. ) | |
| ) | |
| ZERO STAGE CAPITAL VI, L.P. ) | |
| ) | |
| Defendant. ) | |

### ASSENTED TO MOTION TO EXTEND TIME TO RESPOND

Pursuant to Fed. R. Civ. P. 6(b), the United States Small Business Administration, as receiver (the "Receiver") of Zero Stage Capital VI, L.P., by and through undersigned counsel, hereby moves to extend the time to respond to the Limited Opposition submitted by Beacon Mutual Insurance Company ("Beacon") to the Receiver's Motion for Entry of an Order Approving the Recommendation for Disposition of Claims Received in Response to Claims Bar Date ("Receiver's Motion"). The Receiver's response is currently due March 16, 2007. The Receiver respectfully requests a four-day extension to file a response, up to and including March 20, 2007. In support of its motion, the Receiver states that additional time is needed to consider and respond to the limited opposition due to the schedule of its counsel. Beacon's counsel, Partridge Snow & Hahn LLP, assents to this motion.

                Respectfully submitted,

Dated: March 16, 2007        /s/ Robert M. Duffy
                Robert M. Duffy (BBO # 552840)
                Duffy, Sweeney & Scott, Ltd.
                One Turks Head Place, Suite 1200
                Providence, RI  02903
                Telephone: (401) 455-0700
                Facsimile : (401) 455-0701

Dated: March 16, 2007        /s/ Thomas W. Rigby
                Thomas W. Rigby
                VA. Bar No. 34663
                D.C. Bar No. 463532
                Chief Counsel For SBIC Liquidation
                Office of General Counsel, 7th Floor
                U.S. Small Business Administration
                409 Third Street, Seventh Floor
                Washington, DC 20416
                Telephone: (202) 619-1610
                Facsimile: (202) 481-5866

                Attorneys for the Receiver

                Assented to:

Dated: March 16, 2007        /s/  Charles A. Lovell
                Charles A. Lovell (BBO #556064)
                PARTRIDGE SNOW & HAHN LLP
                180 South Main Street
                Providence, RI 02903
                Telephone:  (401) 861-8200
                Facsimile:  (401) 861-8210

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing *Assented to Motion to Extend the Time to Respond* to the Limited Opposition to the Receiver's Motion for Entry of an Order Approving the Recommendation for Disposition of Claims Received in Response to Claims Bar Date was filed through the ECF system on the 16th day of March, 2006, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified below:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen, Managing Director
Invotex Group
1100 Connecticut Avenue, N.W., Suite 710
Washington, DC 20036

*Via First Class Mail*
Christine Rishty
Receivership Office
666 Eleventh Street, Suite 200
Washington DC 20001

*Via First Class mail*
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street, 7th Floor
Washington, DC 20416

                                       /s/ Robert M. Duffy
                               ROBERT M. DUFFY (BBO # 552840)
                               Duffy Sweeney & Scott, Ltd.

USSBA\Zero Stage VI\Pleadings\Assented to Motion to Extend Time 03-16-07.DOC