UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZERO STAGE CAPITAL VI, L.P. )<br>)<br>Defendant. ) | CIVIL CASE NO.<br>05 10887-JLT<br>HON. JOSEPH L. TAURO |

**RECEIVER'S MOTION TO ALLOW PAYMENT OF FUNDS
TO THE UNITED STATES SMALL BUSINESS ADMINISTRATION**

The U.S. Small Business Administration ("SBA") in its capacity as Receiver ("Receiver") for Zero Stage Capital VI, L.P. files this Motion to allow Payment of Funds to the SBA. As set forth in the accompanying memorandum, the Receiver is currently holding funds well in excess of the amount needed to pay administrative expenses and other potential claims that may have priority over the SBA's priority equity claims. Accordingly, the Receiver seeks permission to pay from the Receivership account, on a monthly basis, amounts that exceed $3 million towards payment of the SBA's priority equity position ($93,205,000) under 15 U.S.C. §683(g)(3) and applicable regulations.

Respectfully submitted,

Dated: June 19, 2007

/s/ Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Telephone:   (401) 455-0700
Facsimile :   (401) 455-0701

Dated: June 19, 2007                  /s/ Thomas W. Rigby
THOMAS W. RIGBY
VA Bar No. 34663
D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Attorneys for Plaintiff United States of America, on behalf of the U.S. Small Business Administration.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Receivers Motion To Allow Payment of Funds to the United States Small Business Administration* filed through the ECF system on the 19th day of June, 2007, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via Electronic Filing*
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416

/s/ Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy Sweeney & Scott, Ltd.