# DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Stacey P. Nakasian*
snakasian@duffysweeney.com

August 28, 2007

**Via Facsimile**
Zita Lovett, Clerk
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   United States Small Business Administration v. Zero Stage Capital VI, L.P.
      05-10887 (D. Mass)

Dear Ms. Lovett:

In the Memorandum and Order issued by the Court in this matter on August 17, 2007, Judge Tauro directed the Receiver to file a status report by August 24, 2007. I apologize that that report was not submitted on the date requested by the Court. Both I and counsel for the Small Business Administration were on vacation the week the Court's Memorandum and Order issued. I am writing to request an extension to September 5, 2007 to provide the status report requested by the Court.

If you have any questions, please feel free to contact me. Thank you for your attention to this matter.

Sincerely,

Stacey P. Nakasian

SPN/cmh
Enclosures
cc:   Rayford A. Farquhar, Esq. (*Via First Class Mail*)
      Julia Frost-Davies, Esq. (*Via First Class Mail*)
      Jason L. Watkins, Esq. (*Via First Class Mail*)
      Charles A. Lovell, Esq. (*Via First Class Mail*)
      Maurice J. Whalen, Esq. (*Via First Class Mail*)
      Thomas W. Rigby, Esq. (*Via Facsimile*)

One Turks Head Place, Suite 1200   Providence, RI 02903   401 455-0700   fax 401 455-0701
265 Franklin Street   Boston, MA 02110   617 261-9606   fax 617 261-9605

www.duffysweeney.com