UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL CASE NO. |
| Plaintiff, ) | 05 10887-JLT |
| ) | HON. JOSEPH L. TAURO |
| v. ) | |
| ) | |
| ZERO STAGE CAPITAL VI, L.P. ) | |
| ) | |
| Defendant. ) | |

## RECEIVER'S STATUS REPORT

The United States Small Business Administration, as Receiver (the "Receiver") for Zero Stage Capital VI, L.P. ("Fund VI"), by and through its undersigned counsel, hereby submits this Status Report as directed by the Court in its Memorandum & Order dated August 17, 2007.[1]

Although the Claims Bar Date process in this action is now complete, the disposition of Fund VI's assets will require further action by the Receiver and this Court. During its pre-Receivership operation, Fund VI invested funds in different small businesses. Not all of those investments (referred to as "portfolio assets") have been disposed of by the Receiver. The Receiver estimates that the remaining portfolio assets can be resolved within the next six (6) months.

In addition, the Receiver currently is reviewing and evaluating affirmative claims that the Receiver may have, which claims are also assets of the Receivership Estate. It is typical in receivership practice (in a liquidating receivership) to resolve Bar Date claims first, to allow for the identification of possible pre-receivership irregularities by former management, as well as to

---

[1] In its Order, the Court directed that the status report be filed by August 24, 2007. The Court subsequently granted the Receiver's request to extend the filing date to September 5, 2007.

Case 1:05-cv-10887-JLT    Document 51    Filed 09/05/2007    Page 2 of 3

allow the Receiver a period to investigate potential claims. The Receiver knows of at least one claim Fund VI has against former managers of the Fund. The Receiver needs additional time to review other possible claims and seek appropriate settlement, if settlement is possible. If those claims can be settled, the Receiver anticipates that it would be able to move the Court for final approval and wind up of the Receivership Estate by early next year. However, if the Receiver is unable to resolve such claims by appropriate settlement, it will move the Court to lift the receivership stay in order to litigate any unresolved claims.

Respectfully submitted,

Dated: September 5, 2007

/s/ Robert M. Duffy
Robert M. Duffy (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
Telephone:   (401) 455-0700
Facsimile :   (401) 455-0701


/s/ Thomas W. Rigby
Thomas W. Rigby
VA. Bar No. 34663
D.C. Bar No. 463532
Chief Counsel For SBIC Liquidation
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Attorneys for the Receiver

2

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing *Receiver's Status Report* was filed through the ECF system on the 5th day of September, 2007, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified below:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen, Managing Director
Invotex Group
1100 Connecticut Avenue, N.W., Suite 710
Washington, DC 20036

*Via First Class Mail*
Christine Rishty
Receivership Office
666 Eleventh Street, Suite 200
Washington DC 20001

                                                                       /s/ Robert M. Duffy
                                                      ROBERT M. DUFFY (BBO # 552840)
                                                      Duffy Sweeney & Scott, Ltd.

USSBA\Zero Stage VI\Pleadings\Receiver Bar Date Status Report 08-06-07