UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIVIL CASE NO. |
| Plaintiff, ) | 05 10887-JLT |
| ) | HON. JOSEPH L. TAURO |
| v. ) | |
| ) | |
| ZERO STAGE CAPITAL VI, L.P. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**RECEIVER'S MOTION TO MODIFY THE JULY 9, 2007 ORDER
APPROVING THE PAYMENT OF FUNDS TO
THE UNITED STATES SMALL BUSINESS ADMINISTRATION**

The United States Small Business Administration ("SBA") in its capacity as Receiver ("Receiver") for Zero Stage Capital VI, L.P. files this Motion to Modify the July 9, 2007 Order Approving the Payment of Funds to the SBA. In an Electronic Order entered July 9, 2007, the Court authorized the Receiver to pay amounts in excess of $3 million from the Receivership account to the SBA toward its equity position ($93,205,000) under 15 U.S.C. §683(g)(3) and applicable regulations. Based on subsequent developments, the Receiver believes a reserve smaller than $3 million will suffice to pay all future administrative expenses of the Receivership Estate as they become due. Accordingly, the Receiver asks the Court to modify its prior Order to authorize the Receiver to pay from the Receivership account, on a monthly basis, amounts that exceed $1.75 million towards payment of the SBA's priority equity position. The Receiver respectfully

refers to the accompanying Memorandum of Law in further support of this Motion.

                          Respectfully submitted,

Dated: September 7, 2007                /s/ Robert M. Duffy
Robert M. Duffy (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI  02903
Telephone:    (401) 455-0700
Facsimile :    (401) 455-0701

Dated: September 7, 2007                /s/ Thomas W. Rigby
Thomas W. Rigby
VA. Bar No. 34663
D.C. Bar No. 463532
Chief Counsel For SBIC Liquidation
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Attorneys for the Receiver

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that service of the foregoing *Motion to Modify the July 9, 2007 Order Approving the Payment of Funds to the United States Small Business administration* was filed through the ECF system on the 6th day of September, 2007, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified below:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen, Managing Director
Invotex Group
1100 Connecticut Avenue, N.W., Suite 710
Washington, DC 20036

*Via First Class Mail*
Christine Rishty
Receivership Office
666 Eleventh Street, Suite 200
Washington DC 20001

*Via First Class mail*
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street, 7th Floor
Washington, DC 20416


                      /s/ Robert M. Duffy
                ROBERT M. DUFFY (BBO # 552840)
                Duffy Sweeney & Scott, Ltd.

USSBA\Zero Stage VI\Pleadings\Motion Modify July 9 Order Apr Pmt of Funds 09-06-07