UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff and Receiver, | * | |
| v. | * | Civil Action No. 05-10887-JLT |
| ZERO STAGE CAPITAL VI, L.P., | * | |
| Defendant. | * | |

ORDER

March 7, 2008

TAURO, J.

This court hereby orders that:

1. The Parties shall report to the court on the possibility of settlement[1] by March 14, 2008.

2. If the case has not settled, the Parties shall confer and file a brief Joint Status Report by March 19, 2008, detailing the current posture of the case and all outstanding issues.[2]

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge

---

[1] See September 5, 2007 Receiver's Status Report 2 [#53] ("The Receiver needs additional time to review other possible claims and seek appropriate settlement, if settlement is possible. If those claims can be settled, the Receiver anticipates that it would be able to move the Court for final approval and wind up of the Receivership Estate by early next year.")

[2] For example, the Receiver filed a Motion to Modify the July 9, 2007 Order Approving the Payment of Funds to the United States Small Business Administration, which this court DENIED WITHOUT PREJUDICE to refiling with certification pursuant to Local Rule 7.1(a)(2). As of the date of this Order, the Receiver has not refiled this Motion.