## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No 05-10887-JLT

_____
|                                          |   )  |
|------------------------------------------|------|
| UNITED STATES OF AMERICA.                |   )  |
|                                          |   )  |
|                      Plaintiff,          |   )  |
|                                          |   )  |
| v.                                       |   )  |
|                                          |   )  |
| ZERO STAGE CAPITAL VI, L.P.,             |   )  |
|                                          |   )  |
|                      Defendant.          |   )  |
|_____|___)__|

## NOTICE OF APPEARANCE

Please take notice that David L. Kelston and Noah Rosmarin hereby enter their appearance, pursuant to Local Rule 83.5.2, in the above-captioned action as counsel of record for Zero Stage Capital Company, Inc.

        Respectfully submitted,

        Zero Stage Capital Company, Inc.,

        By its attorneys,

          /s/ Noah Rosmarin
        David L. Kelston, BBO #267310
        Noah Rosmarin, BBO #630632
        Adkins, Kelston & Zavez, P.C.
        90 Canal Street, 5th Floor
        Boston, MA  02114
        (617) 367-1040

Dated:  March 14, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 14, 2008.

                                               /s/ Noah Rosmarin