MAR-17-2008 MON 02:38 PM DUFFY SWEENEY & SCOTT     FAX NO. 401 455 0228        P. 02



# DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Stacey P. Nakasian*
snakasian@duffysweeney.com

March 17, 2008

***Via Facsimile***
Zita Lovett, Clerk
United States District Court
For the District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   United States Small Business Administration v. Zero Stage Capital VI, L.P.
       05-10887 (D. Mass)

Dear Ms. Lovett:

In his March 7, 2008 Order, Judge Tauro directed the Receiver to file a status report in this matter by March 19, 2008. The Receiver plans to submit a report that will update the Court on several aspects of the Receivership administration, including the Receiver's efforts to liquidate the estate's remaining assets. The Receiver, however, requires additional time to complete and file its report. Accordingly, I am writing to request an extension to April 9, 2008 to provide the status report requested by the Court.

If you have any questions, please feel free to contact me. Thank you for your attention to this matter.

Sincerely,

Stacey P. Nakasian

SPN/emh
cc:   Rayford A. Farquhar, Esq. (*Via First Class Mail*)
       Julia Frost- Davies, Esq. (*Via First Class Mail*)
       Jason L. Watkins, Esq. (*Via First Class Mail*)
       Charles A. Lovell, Esq. (*Via First Class Mail*)
       Maurice J. Whalen, Esq. (*Via First Class Mail*)
       Thomas W. Rigby, Esq. (*Via Facsimile*)

One Turks Head Place, Suite 1200   Providence, RI 02903   401 455-0700   fax 401 455-0701
265 Franklin Street   Boston, MA 02110   617 261-9606   fax 617 261-9605
www.duffysweeney.com