

*Stacey P. Nakasian*
snakasian@duffysweeney.com

March 14, 2008

***Via facsimile***
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   United States of America v. Zero Stage Capital VI, L.P.
      C.A. No. 05-10887-JLT

Dear Judge Tauro:

    I am writing as counsel to the United States Small Business Administration in its capacity as Receiver ("Receiver") for Zero State Capital VI, L.P. ("Fund VI"). This letter responds to your Order dated March 7, 2008, which directed the parties to report to the Court on the possibility of settlement.

    The Receiver indicated in its last status report dated September 5, 2007 [Docket No. 53], that it would be undertaking a review of various potential claims that the Receivership estate may have against third parties. The Receiver completed that review and determined that a number of specific claims lie against Zero Stage Capital, Inc. ("ZSC"), the entity that served as the management company for Fund VI. The Receiver notified ZSC, through its counsel, of the nature and amount of those claims. ZSC's counsel told the Receiver that they would not be representing ZSC in defense of the claims identified, and that the Receiver could expect to hear from new counsel. Recently the Receiver's counsel was contacted by Attorney David Kelston, who informed the Receiver that he will be entering his appearance on behalf of ZSC in this matter.

One Turks Head Place, Suite 1200   Providence, RI 02903   401 455-0700   fax 401 455-0701
265 Franklin Street   Boston, MA 02110   617 261-9606   fax 617 261-9605

www.duffysweeney.com

Justice Joseph L. Tauro
March 14, 2008
Page 2

      Mr. Kelston has represented to the Receiver's counsel that his client is interested in reaching a settlement of the remaining claims. Based on the communications between counsel to date, it appears it may be possible to settle the claims in the near future.

Respectfully submitted,

Stacey P. Nakasian

SPN/emh

cc:   Thomas W. Rigby, Esq.
       Julia Forest-Davies, Esq.
       Jason L. Watkins, Esq.
       David Kelston, Esq.

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION