UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CIVIL CASE NO. |
| Plaintiff, | ) | 05 10887-JLT |
| | ) | HON. JOSEPH L. TAURO |
| v. | ) | |
| | ) | |
| ZERO STAGE CAPITAL VI, L.P. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION
AS RECEIVER FOR ZERO STAGE CAPITAL VI, L.P.
FOR ENTRY OF AN ORDER APPROVING THE SECOND RECEIVER'S REPORT
<u>FOR THE PERIOD JUNE 1, 2006 TO FEBRUARY 29, 2008</u>**

COMES NOW the U.S. Small Business Administration, as Receiver for Zero Stage
Capital, VI, L.P. (the "Receiver"), by its undersigned counsel, and hereby moves this Court to
enter the [proposed] Order filed herewith as Exhibit A which approves and confirms the Second
Receiver's Report for the period from June 1, 2006 to February 29, 2008 (the "Second Receiver's
Report") and the acts, transactions, receipts, and disbursements reported therein.

The Second Receiver's Report and a Memorandum of Law in support of this Motion are
submitted concurrently herewith.

Respectfully submitted,

Dated:  4/9/2008 _____            _____ /s/ Robert M. Duffy _____
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI  02903
Telephone:  (401) 455-0700
Facsimile:  (401) 455-0701

Dated:  4/9/2008 _____            _____ /s/ Thomas W. Rigby _____
THOMAS W. RIGBY
VA. Bar No. 34663 / D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone:  (202) 619-1610
Facsimile:  (202) 481-5866

Attorneys for U.S. Small Business Administration
As Receiver for Zero Stage Capital VI, L.P.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Motion of the U.S. Small Business Administration as Receiver for Zero Stage Capital VI, L.P. for Entry of an Order Approving the Second Receiver's Report for the Period June 1, 2006 to February 29, 2008* was filed through the ECF system on the 9th day of April, 2008, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P..
666 11th Street, N.W., Suite 200
Washington, DC 20001-4542

3

***Via First Class mail***
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416

_____/s/ Robert M. Duffy_____

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>ZERO STAGE CAPITAL VI, L.P. )<br><br>Defendant. ) | CIVIL CASE NO.<br>05 10887-JLT<br>HON. JOSEPH L. TAURO |

### ORDER APPROVING THE SECOND
### RECEIVER'S REPORT FOR THE PERIOD
### <u>JUNE 1, 2006 TO FEBRUARY 29, 2008</u>

THIS CAUSE COMING on the Motion of the U.S. Small Business Administration, as

Receiver for Zero Stage Capital VI, L.P. for entry of an Order Approving the Second

Receiver's Report for the period from June 1, 2006 to February 29, 2008 (the "Second

Receiver's Report"), and this Court being duly advised as to the merits,

THIS COURT FINDS that the acts, transactions, receipts, and disbursements described

in the Second Receiver's Report were in the best interests of the receivership estate and should

be approved and confirmed as described therein.

IT IS HEREBY ORDERED AND DECREED THAT:

The Second Receiver's Report and the acts, transactions, receipts, and disbursements

reported therein are approved and confirmed as described therein.

SO ORDERED, this _____ day of _____, 2008, at Boston, Massachusetts.


_____
HONORABLE JOSEPH L. TAURO
SENIOR UNITED STATES DISTRICT JUDGE

Presented by,

Dated: _____

_____
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI  02903
Telephone:    (401) 455-0700
Facsimile :    (401) 455-0701

Dated: _____

_____
THOMAS W. RIGBY
VA. Bar No. 34663
D.C. Bar No. 463532
Chief Counsel For SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 First Street, Seventh Floor
Washington, DC 20416
Telephone: (202) 619-1610
Facsimile: (202) 481-5866

Attorneys for Plaintiff United States of America, on
behalf of the U.S. Small Business Administration

2