UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZERO STAGE CAPITAL VI, L.P. ) <br> ) <br> Defendant. ) <br> ) | CIVIL CASE NO. <br> 05 10887-JLT <br> HON. JOSEPH L. TAURO |

**MEMORANDUM IN SUPPORT OF
MOTION OF THE U.S. SMALL BUSINESS ADMINISTRATION
AS RECEIVER FOR ZERO STAGE CAPITAL VI, L.P.
FOR ENTRY OF AN ORDER APPROVING THE SECOND RECEIVER'S REPORT
FOR THE PERIOD JUNE 1, 2006 TO FEBRUARY 29, 2008**

The U.S. Small Business Administration, as Receiver for Zero Stage Capital VI, L.P. (the "Receiver"), by its undersigned counsel, moves this Court to approve and confirm the Second Receiver's Report for the period from June 1, 2006 to February 29, 2008 (the "Second Receiver's Report"), which is submitted herewith, and the acts, transactions, receipts, and disbursements reported therein.

**FACTS**

The Receiver was appointed by an Order of this Court dated May 4, 2005 (the "Receivership Order") and was charged, among other things, with "marshaling and liquidating all of Zero Stage Capital VI, L.P.'s assets and satisfying the claims of creditors there from in the order of priority as determined by this Court." Receivership Order, ¶ 1. The First Receiver's Report, for the period May 4, 2005 through May 31, 2006, was filed with the Court on July 26, 2006. [Docket #20] The Court approved and confirmed the acts, transactions, receipts and disbursements described in the First Report by Order entered January 17, 2007. [Docket #36]

Status reports were also filed on August 6, 2007 relative to progress in identifying and resolving claims against the estate [Docket #48] and September 5, 2007 relative to the remaining projects to be completed [Docket #51]. The Second Receiver's Report, filed herewith, summarizes the Receiver's activities for the period from June 1, 2006 to February 29, 2008, with regard to the Receiver's duties under the Receivership Order.

## ARGUMENT

The Receivership Order provides for a final report by the Receiver. Receivership Order, ¶10. Based upon its experience, the Receiver has determined that periodic reports will assist the Court in its oversight duties with respect to this Receivership. The periodic review and confirmation of the acts, transactions, receipts, and disbursements reported by the Receiver allows the Receiver to continue its activities and work as confirmed by the Court, and to adjust its activities if the Court so directs. Therefore, the Receiver moves this Court to approve and confirm the Second Receiver's Report for the period from June 1, 2006 to February 29, 2008. The Second Receiver's Report and a proposed Order are submitted concurrently herewith.

Respectfully submitted,

Dated: 4/9/2008                   /s/  Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI  02903
Telephone:  (401) 455-0700
Facsimile:  (401) 455-0701 (F)


Dated: 4/9/2008                   /s/ Thomas W. Rigby
THOMAS W. RIGBY
VA. Bar No. 34663 / D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
Telephone:  (202) 619-1610
Facsimile:  (202) 481-5866

Attorneys for U.S. Small Business Administration
As Receiver for Zero Stage Capital VI, L.P.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Memorandum in Support of Motion of the U.S. Small Business Administration as Receiver for Zero Stage Capital VI, L.P. for Entry of an Order Approving the Second Receiver's Report for the Period June 1, 2006 to February 29, 2008,* was filed through the ECF system on the 9th day of April, 2008, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
Donald K. Stern, Esq.
Julia Forest-Davies
Jason L. Watkins
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
*Attorney for Zero Stage Capital Company, Inc.*

*Via Electronic Filing*
Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P.
666 11th Street, N.W., Suite 200
Washington, DC 20001-4542

*Via First Class Mail*
Thomas W. Rigby, Esq.
Office of General Counsel
U.S. Small Business Administration
409 Third Street
Seventh Floor
Washington, DC 20416

/s/ Robert M. Duffy