UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
                    Plaintiff,              )
                                            )
        v.                                  )   CIVIL CASE NO. 05-10887-JLT
                                            )   HON. JOSEPH L. TAURO
ZERO STAGE CAPITAL VI, L.P.,                )
                                            )
                    Defendant.              )
_____)

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.5.2(c), Bingham McCutchen LLP ("Bingham")[1] hereby requests leave to withdraw its appearance in the above-captioned case on behalf of Zero Stage Capital Company, Inc. ("Zero Stage"). In support of this motion, Bingham states as follows:

- Zero Stage has retained successor counsel, David L. Kelston and Noah N. Rosmarin of Adkins, Kelston & Zavez, P.C., 90 Canal Street, Suite 500, Boston, MA 02114.

- Successor counsel filed their notice of appearance on March 14, 2008 [D.I. 55].

- Successor counsel is actively involved in this matter and is aware that Bingham is requesting the withdrawal of its appearance.

                                            **BINGHAM McCUTCHEN LLP**
                                            /s/ Jason L. Watkins
                                            Julia Frost-Davies, BBO # 630590
                                            Jason L. Watkins, BBO # 658560
                                            150 Federal Street
                                            Boston, MA  02110
                                            Tel:  (617) 951-8000
                                            Fax:  617.951.8736
                                            julia.frost-davies@bingham.com
                                            jason.watkins@bingham.com

Dated:  April 17, 2008

---

[1] Donald K. Stern recently left Bingham to join Cooley Godward Kronish LLP, 800 Boylston Street, Boston, MA 02199, (617) 937-2300, dstern@cooley.com.

## RULE 7.1(A)(2) CERTIFICATE

      Counsel certifies that on April 17, 2008, he conferred with counsel to the Small Business Administration, as Receiver for Zero Stage Capital VI, L.P., who consented to the relief requested by this Motion.

      /s/ Jason L. Watkins
      Jason L. Watkins

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on this date, April 17, 2008.

      /s/ Jason L. Watkins
      Jason L. Watkins

A/72506485.1