UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | * * * | |
| Plaintiff and Receiver, | * * | |
| v. | * * | Civil Action No. 05-10887-JLT |
| ZERO STAGE CAPITAL VI, L.P., | * * | |
| Defendant. | * * | |

ORDER

April 23, 2008

TAURO, J.

After a Status Conference held on April 23, 2008, this court hereby orders the following:

1. Receiver's Renewed Motion to Modify the July 9, 2007 Order Approving the Payment of Funds to the United States Small Business Administration [#61] is ALLOWED.

2. A Hearing shall be held on May 19, 2008 at 12:00 P.M. By May 12, 2008, Receiver, in conjunction with Receiver's investment consultant, shall file a memorandum that (1) explains in detail the issues remaining in this matter, and (2) includes a proposal to address these issues expeditiously. The Receiver and Receiver's investment consultant shall be prepared to address the same at the Hearing.

3. The decision on Receiver's Motion for Entry of Order Approving the Second Receiver's Report for the Period June 1, 2006 to February 29, 2008 [#58] is DEFERRED pending the Hearing.

4.     Receiver and Zero Stage Capital, Inc. shall file written confirmation, in the form of a joint letter to this court, of their settlement of the remaining claims by May 19, 2008 at 12:00 P.M.

IT IS SO ORDERED.

                                                                    /s/ Joseph L. Tauro
                                            United States District Judge