UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>                       Plaintiff,        )<br>                                                            )<br>          v.                                              )<br>                                                            )<br>ZERO STAGE CAPITAL VI, L.P.      )<br>                                                            )<br>                       Defendant.    )<br>_____) | CIVIL CASE NO.<br>05 10887-JLT<br>HON. JOSEPH L. TAURO |

## RECEIVER'S MEMORANDUM IN COMPLIANCE WITH APRIL 23, 2008 ORDER

In its Order of April 23, 2008, the Court directed the Receiver to file a memorandum that explains in detail the issues remaining in this matter and includes a proposal to address those issues expeditiously. The United States Small Business Administration ("SBA"), in its capacity as Receiver ("Receiver") of Zero Stage Capital VI, L.P. ("Fund VI"), submits this memorandum in compliance with that Order.

In the Second Receiver's Report for the Period from June 1, 2006 through February 29, 2008 [Docket No. 60] ("Second Report"), the Receiver provided the Court with a snapshot of the current status of the Receivership Estate. The Receiver has marshaled all of Fund VI's assets and succeeded in liquidating most of them. The Receivership Estate continues to own investments in Netkey, Inc. (cost over $3 million) and Spherics, Inc. (cost $3.25 million). *See* Second Report at 8-9. Both are start-up companies with no ready market for their stock. Both companies have been operating and, therefore, the Receiver has been reluctant to recommend writing off the assets as uncollectible. However, the Receiver recently has determined that it is in the best interest of the Estate to write these investments off. The Receiver will request confirmation of this action with the submission of the next Receiver's Report.

The Receivership Estate also is entitled to certain future escrow payments. As previously reported, Fund VI's investment in Bluestreak, Inc. was disposed of through the sale of the underlying business. *See* Second Report at 8. A portion of the sale proceeds was placed in escrow, and the following payments are due to the Receiver from the escrow:

| | |
|---|---|
| June 29, 2008 | $ 492,720 |
| June 29, 2009 | $ 236,874 |
| December 31, 2009 | $ 236,874 |

Given the substantial amount of the SBA's priority equity position in this case, the funds recovered from these escrow payments will be applied to reduce the SBA's claim.

As requested by the Court, the Receiver is trying to determine a way to terminate these proceedings notwithstanding the fact that certain Receivership assets (the escrow payments) will not be marshaled until 2009. The problem is complicated by the fact that appropriations law and other regulatory issues governing federal agencies limits the SBA's ability in many circumstances from taking assignments of assets (i.e., other than cash) as payment of amounts owed to it. SBA and the Receiver are reviewing the escrow and related documents to determine whether an assignment in this case is practicable or not. The Receiver is also evaluating other procedural options, which the Receiver will address with the Court at next week's hearing.

Respectfully submitted,

Dated: 05/15/08

      /S/   Robert M. Duffy
ROBERT M. DUFFY (BBO # 552840)
Duffy, Sweeney & Scott, LTD
One Turks Head Place, Suite 1200
Providence, RI  02903
(401) 455-0700 (T) / (401) 455-0701 (F)

Dated: <u>05/15/08</u>   <u>        /S/ Thomas W. Rigby        </u>
THOMAS W. RIGBY
VA. Bar No. 34663 / D.C. Bar No. 463532
Chief Counsel for SBIC Liquidation
Office of General Counsel
U.S. Small Business Administration
409 Third Street, Seventh Floor
Washington, DC 20416
(202) 619-1610 (T) / (202) 481-5866 (F)

Attorneys for U.S. Small Business Administration
As Receiver for Zero Stage Capital VI, L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Memorandum in Compliance with April 23, 2008 Order,* was filed through the ECF system on the 15th day of May, 2008, and will be sent electronically to counsel listed below who are registered participants identified on the Notice of Electronic Filing or in the manner specified:

*Via Electronic Filing*
Michael J. Sullivan
United States Attorney
c/o Rayford A. Farquhar
Assistant U.S. Attorney
U.S. Attorney's Office
District of Massachusetts
One Courthouse Way, Suite 9200
Boston, MA 02110

*Via Electronic Filing*
David Kelston, Esq. (BBO 267310)
Noah Rosmarin, Esq. (BBO 630632)
Adkins, Kelston & Zavez, P.C.
90 Canal Street, Suite 500
Boston, MA 02114
**Tel:** 617.367.1040
**Fax:** 617.742-8280

*Via Electronic Filing*
Charles A. Lovell
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

*Via First Class Mail*
Maurice J. Whalen
Principal Agent for the Receiver
SBA, Receiver for Zero Stage Capital VI, L.P.
666 11th Street, N.W., Suite 200
Washington, DC 20001-4542

/S/ Elvira Hanson