

# DUFFY SWEENEY & SCOTT, LTD
## BUSINESS LAW & LITIGATION

*Stacey P. Nakasian*
snakasian@duffysweeney.com

March 15, 2008

*Via facsimile*
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   United States of America v. Zero Stage Capital VI, L.P.
      C.A. No. 05-10887-JLT

Dear Judge Tauro:

I am writing as counsel to the United States Small Business Administration in its capacity as Receiver ("Receiver") for Zero State Capital VI, L.P. ("Fund VI"). As we have previously reported to the Court, the Receiver in the course of administering this estate identified several claims that Fund VI has against, Zero Stage Capital, Inc. ("ZSC"), a separate entity which managed Fund VI pre-Receivership. At the last hearing on April 23, 2008, I reported that the Receiver had reached a settlement in principle with ZSC. I am writing to report that a Settlement Agreement has been executed that resolves the Receiver's claims against ZSC.

Respectfully submitted,

Stacey P. Nakasian

SPN/emh
cc:   David Kelston, Esq.

One Turks Head Place, Suite 1200    Providence, RI 02903    401 455-0700    fax 401 455-0701
265 Franklin Street    Boston, MA 02110    617 261-9606    fax 617 261-9605

www.duffysweeney.com