UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and Receiver, | * | |
| | * | |
| v. | * | Civil Action No. 05-10887-JLT |
| | * | |
| ZERO STAGE CAPITAL VI, L.P., | * | |
| | * | |
| Defendant. | * | |
| | * | |

ORDER

May 19, 2008

TAURO, J.

After a Hearing held on May 19, 2008, this court hereby orders the following:

1. Receiver's <u>Motion for Entry of Order Approving the Second Receiver's Report for the Period June 1, 2006 to February 29, 2008</u> [#58] is ALLOWED without objection.

    a. Having been duly advised on the merits, this court finds that the acts, transactions, receipts, and disbursements described in the Second Receiver's Report were in the best interests of the receivership estate.

    b. Accordingly, the Second Receiver's Report and the acts, transactions, receipts, and disbursements described therein are APPROVED and CONFIRMED.

2. As requested, the Receiver shall have additional time—approximately 45 days—to review the escrow payments issue. A Status Conference shall be held to evaluate the status of the Receivership, including potential resolution of the escrow payments issue, on July 10, 2008 at 2:15 P.M.

3.  If any developments occur prior to the Status Conference, Receiver shall file a brief Status Report with the court.

IT IS SO ORDERED.

                                                       /s/ Joseph L. Tauro
                                               United States District Judge