

# DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Stacey P. Nakasian*
snakasian@duffysweeney.com

March 16, 2008

*Via Facsimile and First Class Mail*
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   United States of America v. Zero Stage Capital VI, L.P.
      C.A. No. 05-10887-JLT

Dear Judge Tauro:

I am writing as counsel to the United States Small Business Administration in its capacity as Receiver ("Receiver") for Zero State Capital VI, L.P. ("Fund VI"). In its Order of April 23, 2008, the Court directed the Receiver to bring the Receivership Estate's investment consultant to the May 19 hearing to address issues relating to the estate's remaining investments. At the last hearing, the Court indicated an interest in hearing more about why the Receiver was continuing to hold the investments. Since then, as reported in the Memorandum filed yesterday, the Receiver has determined to write-off the remaining investments, thus resolving that open issue.

In light of this development, the Receiver submits that there is no longer a need for its investment consultant (who would have to travel from Washington D.C.) to attend Monday's hearing. The Receiver's counsel will be prepared at the hearing to answer any further questions the Court may have, and the Receiver's consultant will be available by phone during the hearing if his input is required.

Thank you for your consideration.

Respectfully submitted,

Stacey P. Nakasian

SPN/cmh
cc:   Thomas W. Rigby, Esq.

One Turks Head Place, Suite 1200   Providence, RI 02903   401 455-0700   fax 401 455-0701
265 Franklin Street   Boston, MA 02110   617 261-9606   fax 617 261-9605

www.duffysweeney.com