

# DUFFY SWEENEY & SCOTT, LTD
### BUSINESS LAW & LITIGATION

*Stacey P. Nakasian*
snakasian@duffysweeney.com

July 2, 2008

**Via Facsimile**
The Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re: United States of America v. Zero Stage Capital VI, L.P.
C.A. No. 05-10887-JLT

Dear Judge Tauro:

When I was last before the Court for a status conference in this matter, Your Honor scheduled another status conference to be held July 10, 2008. I mentioned that that date may conflict with vacation scheduling, and you indicated that it would not be a problem to move the conference date if such a conflict arose.

I am writing to state that I am now planning to be away on vacation next week and parts of the following week, and thereby request a brief continuance of the hearing to later in the month on a date convenient for the Court.

Thank you for your consideration.

Respectfully,

Stacey P. Nakasian

SPN/emh

One Turks Head Place, Suite 1200    Providence, RI 02903    401 455-0700    fax 401 455-0701
265 Franklin Street    Boston, MA 02110    617 261-9606    fax 617 261-9605
www.duffysweeney.com