UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff and Receiver, | * |
| v. | *   Civil Action No. 05-10887-JLT |
| ZERO STAGE CAPITAL VI, L.P., | * |
| Defendant. | * |

ORDER FOR CLOSURE

July 16, 2008

TAURO, J.

In light of the current proceedings and to avoid the necessity for counsel to appear at periodic status conferences, it is hereby ORDERED that the above-entitled action be CLOSED administratively without entry of judgment. All material statutes of limitation are tolled as to all matters raised therein. The case may be reopened upon motion by any party. This closure is without prejudice to either party moving to restore it to the docket upon completion/termination of all other proceedings, if any further action is required.

Notwithstanding this administrative closure, the underlying Receivership shall remain active. Receiver shall continue to have full Receiver status, with all of the rights and obligations pertaining thereto, and shall file its final Report when ready.

IT IS SO ORDERED.

United States District Judge